4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO COLLECT COSTS AND FOR STAY

Defendants UnumProvident Corporation and UNUM Life Insurance Company of America (collectively, "Defendants") file this motion to collect the costs (including their attorneys' fees) that they incurred in a prior action involving the same parties and for a stay of all proceedings in this matter until such costs have been paid and state:

## I. NATURE OF THE ACTION

This is a suit for benefits under a master policy issued to the American Podiatric Medical Association. Less than a year after obtaining coverage, Plaintiff Karen Brooks ("Brooks") fell in her bathtub and purportedly sustained injuries preventing her from performing her occupational duties. UNUM Life began paying $6,000 per month in disability benefits to Brooks while it investigated her claim. During its investigation, UNUM Life obtained (among other information) surgical logs from one of the hospitals at which Brooks

DEFENDANTS' MOTION TO COLLECT COSTS AND FOR STAY - Page 1

had privileges indicating that she performed more surgeries in the period after her fall than she had before her fall. Brooks was unable to offer a satisfactory explanation for the information contained in these logs, and UNUM Life stopped paying benefits to her.

## II. PROCEDURAL HISTORY

### A.   Brooks Files the Original Action.

On February 15, 2000, Brooks instituted C.A. No. B-00-029 (the "Original Action") in this Court with the filing of Plaintiff's Original Complaint (the "Complaint"), in which she asserted claims against Defendants for repudiation and anticipatory breach of contract, violations of the Texas Insurance Code and the DTPA, and civil RICO. Defendants timely filed an answer to the Complaint and sought the dismissal of Brooks' RICO claim. In their motion to dismiss, Defendants asserted that the available information indicated that Brooks performed more surgeries in 1998 after her fall than she had performed before her fall.

### B.   The Parties Brief the Effect of Brooks' Continued Performance of Surgeries.

By Order entered August 3, 2000, the Court requested the parties to submit briefing on the effect on Brooks' claims for relief of her continued performance of surgeries and scheduled a hearing on the issue for October 3, 2000. Defendants filed their brief in a timely fashion. Brooks thereafter filed her response to Defendants' brief and her motion to abate or dismiss this action without prejudice, which request was predicated upon the threat of felony fraud charges against her.

**C.**     **The Court Awards Costs to Defendants.**

On October 3, 2000, after hearing argument from the parties' counsel, the Court entered the Order (the "Judgment"), in which the Court dismissed Brooks' RICO claim with prejudice, denied her motion for leave to amend, and granted her motion to dismiss her remaining claims without prejudice.  On October 16, 2000, Defendants filed Defendants' Motion to Alter or Amend Judgment and Supporting Brief (the "Motion to Amend"), in which they requested the Court to amend the Judgment to tax the costs of $4,773.19 that they had incurred.  Brooks never filed any sort of response to the Motion to Amend, and by Order entered March 26, 2001, the Court granted the Motion to Amend, amended the Judgment to tax the costs incurred by Defendants, ordered the Clerk to enter the Bill of Costs, and ordered Brooks to pay the amounts sought by Defendants.

## III. THE SECOND ACTION

Brooks has not to date paid Defendants any of the costs that the Court ordered her to pay.  To the contrary, a mere three days after the Court granted the Motion to Amend, Brooks instituted this action (the "Second Action") with the filing of Plaintiff's Complaint, in which she asserts claims against Defendants for breach of contract, violations of the Texas Insurance Code and the DTPA, bad faith, and fraud.  Plaintiff's Complaint makes no mention whatsoever of the previous dismissal of the Original Action (which involved the same parties and factual allegations and many of the same claims) or the Order requiring her to pay the costs incurred by Defendants in the Original Action.  For the reasons set forth below, the Court should require Brooks to pay the costs, including attorneys' fees, incurred by Defendants in the

Original Action as a precondition to her maintenance of the Second Action, which should be stayed until such amounts have been paid.

## IV. ARGUMENT

### A.    Brooks Should Be Required to Pay Defendants' Costs from the Original Action.

Initially, Rule 41(d) of the Federal Rules of Civil Procedure makes it clear that Brooks should be required, as a precondition to her maintenance of the Second Action, to pay the costs incurred by Defendants in the Original Action.  Rule 41(d) provides:

> **(d)    Costs of Previously-Dismissed Action.**  If a plaintiff who has once dismissed an action in any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

Fed. R. Civ. P. 41(d); see also Esquivel v. Arau, 913 F. Supp. 1382, 1387 (C.D. Cal. 1996) ("Costs may be imposed under Rule 41(d) where the plaintiff has brought a second identical, or nearly identical, claim and has requested identical, or nearly identical, relief.").  The Original Action and the Second Action involve the same parties and underlying facts and many of the same claims.  Moreover, the Court has now expressly ordered Brooks to pay Defendants' costs from the Original Action.  All told, both Rule 41(d) and the Order require Brooks to pay the costs of $4,773.19 incurred by Defendants in the Original Action.

**B.     Brooks Should Be Required to Pay the Attorneys'**
**       Fees Incurred by Defendants in the Original Action.**

        In addition, Brooks should be required to pay Defendants' attorneys' fees from the

Original Action.  Admittedly, Rule 41(d) does not expressly provide for the recovery of

attorneys' fees.  Numerous courts have recognized, however, that the reference in Rule 41(d)

to "costs of the action previously dismissed" may include attorney's fees.  See Esquivel, 913

F. Supp. at 1388-92 (concluding that attorneys' fees are recoverable under Rule 41(d)); Behrle

v. Olshansky, 139 F.R.D. 370, 374 (W.D. Ark. 1991) ("The court believes and finds that

Congress must have intended when Rule 41(d) was adopted to give the court discretion to

include reasonable attorneys' fees in the 'costs' that would be imposed."), appeal dismissed,

966 F.2d 1458 (8th Cir. 1992); Whitehead v. Miller Brewing Co., 126 F.R.D. 581, 582 (M.D.

Ga. 1989) (awarding attorney's fees under Rule 41(d)); Eager v. Kain, 158 F. Supp. 222, 223

(E.D. Tenn. 1957) (observing that, under Rule 41(d), "the court may require the payment of

costs, including attorneys' fees, of the previously dismissed action as a prerequisite to the

filing of the action").  As the Declaration of Andrew C. Whitaker confirms, Defendants

incurred reasonable and necessary attorneys' fees of $36,062.50 in the Original Action.[1]  The

Court should thus order Brooks to pay such amount to Defendants as a precondition to her

maintenance of the Second Action.

---

        [1]This declaration is attached hereto as Exhibit A.

**C.    The Court Should Stay the Second Action Until Brooks Has Paid These Amounts to Defendants.**

Finally, the Court should stay all proceedings in the Second Action until Brooks has paid all of the costs (including attorneys' fees) awarded pursuant to this motion. Rule 41(d) expressly gives the Court discretion to enter a stay, and numerous courts have found it to be an appropriate remedy. See Esquivel, 913 F. Supp. at 1393 (ordering a stay of all proceedings pending the plaintiff's payment of the attorney's fees and court costs from the first action); Behrle, 139 F.R.D. at 376 (staying proceedings pending payment of the awarded fees and costs). The Court should thus stay this action until Brooks has paid to Defendants all of the amounts awarded pursuant to this motion.

## V.  CONCLUSION

Defendants respectfully request that the Court (1) order Brooks to pay the $4,773.19 in costs and the $36,062.50 in attorneys' fees incurred by Defendants in the Original Action and (2) stay all proceedings in this matter until such time as Brooks has paid such amounts.

Respectfully submitted,

By: _Andrew C Whitaker_____

Andrew C. Whitaker
State Bar No. 21274600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF CONFERENCE

By letter dated April 18, 2001, counsel for Defendants provided Mark Di Carlo, counsel for Brooks, with a draft of this motion.  Mr. Di Carlo did not advise counsel for Defendants that he agreed with this motion prior to its filing, and it is thus presented to the Court for determination.

_Andrew C Whitaker_____
Andrew C. Whitaker

**DEFENDANTS' MOTION TO COLLECT COSTS AND FOR STAY** - **Page 7**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Mark A. Di Carlo, La Solana Building, 722 Elizabeth Street, Corpus Christi, Texas 78704, on this 19th day of April, 2001.

_Andrew C Whitaker_

Andrew C. Whitaker

CVISPDF – www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF ANDREW C. WHITAKER

1.      My name is Andrew C. Whitaker. I am over the age of eighteen years and am

competent and not otherwise disqualified to make this declaration. I am a partner in the

Dallas, Texas law firm of Figari Davenport & Graves, L.L.P. ("Figari & Davenport"). I am

one of the attorneys representing UnumProvident Corporation and UNUM Life Insurance

Company of America ("UNUM Life") (collectively, "Defendants"), the defendants in both this

action (the "Second Action") and C.A. No. B-00-029 (the "Original Action"). As such, I have

personal knowledge, during all of the times mentioned herein, of the facts and circumstances

set forth below, and they are all true and correct.

2.      I am an attorney licensed by the State of Texas and have been so licensed since

November 1991. My state bar number is 21273600. Since that time, I have practiced law

throughout Texas. I am admitted to practice before all of the United States District Courts in

DECLARATION OF ANDREW C. WHITAKER - Page 1


EXHIBIT A

Texas and the United States Court of Appeals for the Fifth Circuit. I have practiced exclusively in the area of civil litigation. I have handled hundreds of cases involving claims for disability insurance benefits. As such, I am familiar with the reasonable fees charged by attorneys in Texas for work similar to that involved in the claims asserted in the Original Action.

3. In determining that the fees charged by Figari & Davenport for representing Defendants in the Original Action are reasonable, I have considered the following factors:

(a) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal services properly;

(b) the likelihood that the acceptance of the particular employment would preclude other employment;

(c) the fee customarily charged in the locality for similar legal services;

(d) the amount involved and the results obtained;

(e) the time limitations imposed by the client or by the circumstances;

(f) the nature and length of the professional relationship with the client;

(g) my experience, reputation, and ability and that of Figari & Davenport in performing the services; and

(h) whether the fee is fixed or contingent.

4. The Original Action was first referred to us by Defendants in March 2000. Since that time, Defendants incurred reasonable and necessary attorneys' fees with respect to the Original Action in the total sum of $36,062.50. In this respect, a total of 232.70 billed

**DECLARATION OF ANDREW C. WHITAKER - Page 2**

attorney and paralegal hours have been expended in such case. Attached hereto as Exhibit 1, collectively, are true and correct copies of the invoices for professional services rendered from the month of March 2000 through the month of October 2000. The invoices are prepared from the data entered into the computer accounting system directly from each attorney's and paralegal's timesheets.

5.      As such, I spent a total of 111.90 hours in the case at a billing rate of $175.00 per hour. Additionally, Doug K. Butler, another partner with our firm, spent a total of 45.50 hours in the case at a billing rate of $210.00 per hour. Lisa L. Traylor, an associate with our firm, spent a total of 0.80 hours in the case at a billing rate of $145.00 per hour. Dennis Lynch, another associate with our firm, spent a total of 5.20 hours in the case at a billing rate of $140.00 per hour. Ronnie Waldie, one of the paralegals with our firm, spent a total of 61.60 hours in the case at a billing rate of $90.00 per hour. Stephanie Young, another paralegal with our firm, spent a total of 7.80 hours in the case at a billing rate of $70.00 per hour. Mr. Waldie and Ms. Young performed tasks that otherwise would have been performed by attorneys at a higher hourly rate, resulting in a net savings to Defendants, and worked at all times under my supervision.

6.      Plaintiff Karen Brooks ("Brooks") filed the Original Action on February 15, 2000. In Plaintiff's Original Complaint (the "Complaint"), Brooks asserted claims against Defendants for repudiation and anticipatory breach of contract, violations of the Texas Insurance Code and the DTPA, and civil RICO. Defendants timely filed an answer to the Complaint and sought the dismissal of Brooks' RICO claim. We also prepared disclosures,

**DECLARATION OF ANDREW C. WHITAKER** - Page 3

propounded discovery on Brooks, and obtained and reviewed records from various third parties regarding her. We also prepared the brief required by the Court of the effect on Brooks' claims for relief of her continued performance of surgeries after the offset of her alleged disability. On October 3, 2000, the Court dismissed Brooks' RICO claim with prejudice and her remaining claims without prejudice. Defendants successfully requested the Court to award them the costs that they had incurred in the Original Action.

7.    The results obtained for Defendants in the Original Action were very good. Defendants were able to obtain dismissal of Brooks' RICO claim with prejudice, the dismissal of her remaining claims without prejudice, and an award of $4,773.19 in costs without a live trial. There were no artificial time limitations imposed by the client or the circumstances. Defendants nonetheless moved expeditiously to obtain the dismissal of the case in an effort to minimize expenses.

8.    The hourly rates charged by Figari & Davenport in the Original Action are reasonable in relation to the fees customarily charged for similar legal services by firms of like or similar abilities and practice. The hourly rates are within those customarily charged in Texas. The amount involved in the Original Action was sufficient to warrant the expenditure of the fees incurred in protecting the interests of Defendants. Figari & Davenport has a longstanding relationship with Defendants and, accordingly, the rates charged for each attorney's and paralegal's time are among the lowest rates charged by Figari & Davenport to any client of the firm. Figari & Davenport made a concerted effort to complete all tasks in the case to minimize any duplication of effort.

**DECLARATION OF ANDREW C. WHITAKER** - **Page 4**

9.     Although acceptance of employment in this case did not preclude Figari & Davenport from taking any other particular employment, time spent on this file necessarily meant that we could not spend time on other files for which the time and fees could have been billed.  The fee is fixed at an hourly rate and therefore a contingency nature does not come in play.

10.     The attorney's fees charged by Figari & Davenport to Defendants in relation to attorneys' fees generally charged for the same or similar work in Texas are reasonable and the fees were necessarily incurred.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 19th day of April, 2001.

_____
Andrew C. Whitaker

**DECLARATION OF ANDREW C. WHITAKER - Page 5**

CVISPDF – www.fesis.com

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP

INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

UNUM Life Insurance Company          Invoice No.:  903015
ATTN: Matthew J. Monaghan            Invoice Date: Apr  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122

Matter No.: 07555-0224
            Karen Brooks

---

**For Services Rendered Through Mar 31, 2000**

**INVOICE SUMMARY**

| | | |
|---|---|---|
| **PROFESSIONAL SERVICES** | $ | 6,884.50 |
| **DISBURSEMENTS** | $ | 25.77 |
| **TOTAL INVOICE** | $ | 6,910.27 |
| **BALANCE DUE** | $ | 6,910.27 |

|  | | |
|---|---|---|
| CUMULATIVE FEES BILLED TO DATE: | $ | 0.00 |
| CUMULATIVE COSTS BILLED TO DATE: | $ | 0.00 |
| CUMULATIVE TOTAL BILLED TO DATE: | $ | 0.00 |

EXHIBIT _____1_____

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        2
Invoice No.:  903015
Invoice Date: Apr  1, 2000

---

**For Services Rendered Through Mar 31, 2000**

**Matter Info:** 07555-0224
Karen Brooks

**PROFESSIONAL SERVICES**

| | | | |
|---|---|---|---|
| 03/01/00 DKB | Review original petition; | .40 | 84.00 |
| 03/01/00 DKB | Telephone conference with M. Monaghan; | .40 | 84.00 |
| 03/01/00 DKB | Research ███████████████; | 5.80 | 1218.00 |
| 03/01/00 DKB | Telephone conference with M. Monaghan; | .20 | 42.00 |
| 03/13/00 DKB | Research in support of ██████████ ████ | 2.70 | 567.00 |
| 03/14/00 DKB | Research and draft motion to dismiss RICO claims; | 8.90 | 1869.00 |
| 03/15/00 DKB | Research ████████████████ | 3.30 | 693.00 |
| 03/15/00 DKB | Research, draft and revise motion to dismiss RICO claim; | 2.70 | 567.00 |
| 03/16/00 DKB | Draft and revise original answer and counterclaim; | 1.90 | 399.00 |
| 03/16/00 DKB | Telephone conference with M. Cowens (opposing counsel); | .20 | 42.00 |
| 03/20/00 DKB | Telephone conference with M. Monaghan; | .20 | 42.00 |
| 03/22/00 ACW | Begin motion for extension of time to answer and proposed order; letter to clerk; telephone conference with Josie in M. Cohen's office; | .60 | 105.00 |
| 03/23/00 ACW | Telephone conference with Josie in M. Cohen's office; letter to M. Cohen; revise motion to dismiss; draft proposed order; revise motion for extension and proposed order; | 1.30 | 227.50 |
| 03/31/00 ACW | Review claim file; revise answer; | 5.40 | 945.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        3
Invoice No.:  903015
Invoice Date: Apr  1, 2000

| | | | | |
|---|---|---|---|---|
| D Butler | Partner | 210.00 | 26.70 | 5607.00 |
| A Whitaker | Partner | 175.00 | 7.30 | 1277.50 |
| | TOTALS | | 34.00 | 6884.50 |

**TOTAL PROFESSIONAL SERVICES**                      $   6,884.50

## DISBURSEMENTS

| | |
|---|---|
| Long Distance | 2.44 |
| Xerox | 18.60 |
| Postage | 4.73 |

**TOTAL DISBURSEMENTS**                          $      25.77

**TOTAL FOR MATTER NO.: 07555-0224**          $   6,910.27

**BALANCE DUE**                          $   6,910.27

# FIGARI DAVENPORT & GRAVES

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

### INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

```
UNUM Life Insurance Company          Invoice No.:  903319
ATTN: Matthew J. Monaghan             Invoice Date: May  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122
```

```
Matter No.: 07555-0224
            Karen Brooks
```

---

## For Services Rendered Through Apr 30, 2000

### INVOICE SUMMARY

| | | |
|---|---|---|
| **PROFESSIONAL SERVICES** | $ | 5,607.00 |
| **DISBURSEMENTS** | $ | 119.87 |
| **TOTAL INVOICE** | $ | 5,726.87 |
| **PRIOR OUTSTANDING INVOICES** | $ | 6,910.27 |
| **BALANCE DUE** | $ | 12,637.14 |

```
CUMULATIVE FEES BILLED TO DATE:   $   6,884.50
CUMULATIVE COSTS BILLED TO DATE:  $      25.77

CUMULATIVE TOTAL BILLED TO DATE:  $   6,910.27
```

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:       1
Invoice No.:  903319
Invoice Date: May  1, 2000

---

### For Services Rendered Through Apr 30, 2000

**Matter Info:** 07555-0224
Karen Brooks

### PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/00 | ACW | Review claim file; revise answer; | 1.30 | 227.50 |
| 04/03/00 | ACW | Begin privilege log; letter to M. Monaghan; revise answer; telephone conference with A. Davis; review client materials; | 1.30 | 227.50 |
| 04/04/00 | ACW | Begin discovery requests; letter to clerk; | .80 | 140.00 |
| 04/05/00 | ACW | Revise discovery requests; | .80 | 140.00 |
| 04/06/00 | ACW | Telephone conference with B. Butcher; draft disclosure of interested parties; letter to M. Monaghan; | .50 | 87.50 |
| 04/07/00 | ACW | Letter to clerk; | .10 | 17.50 |
| 04/13/00 | ACW | Revise amended filings; | .30 | 52.50 |
| 04/14/00 | ACW | Letter to M. Monaghan; begin joint discovery/case management plan; review claim file; begin list of people with knowledge of relevant facts; begin initial disclosures; | 4.70 | 822.50 |
| 04/17/00 | ACW | Revise joint discovery/case management plan, list of people with knowledge of relevant facts, and initial disclosures; revise suit report; | 4.00 | 700.00 |
| 04/18/00 | ACW | Revise suit report; revise list of people with knowledge of relevant facts; | .80 | 140.00 |
| 04/21/00 | ACW | ██████████████████████████████ | .50 | 87.50 |
| 04/23/00 | ACW | Review claim file; revise suit report; revise list of people with knowledge of relevant facts; | 2.20 | 385.00 |
| 04/24/00 | ACW | Revise suit report; review claim file; | 2.60 | 455.00 |
| 04/25/00 | DKB | Review status of case and work on discovery plan; | 1.20 | 252.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:       2
Invoice No.:  903319
Invoice Date: May  1, 2000

---

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/00 | ACW | Revise suit reports; | 2.90 | 507.50 |
| 04/26/00 | ACW | Revise suit report; review claim file; research ▓▓▓▓▓▓▓; | 4.10 | 717.50 |
| 04/27/00 | ACW | Revise suit report; research on ▓▓▓▓▓; | 2.10 | 367.50 |
| 04/28/00 | ACW | Revise suit report; research on ▓▓▓▓▓ | 1.60 | 280.00 |

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| D Butler | Partner | 210.00 | 1.20 | 252.00 |
| A Whitaker | Partner | 175.00 | 30.60 | 5355.00 |
| | | TOTALS | 31.80 | 5607.00 |

**TOTAL PROFESSIONAL SERVICES**                    $   5,607.00

**DISBURSEMENTS**

| | | Amount |
|---|---|---|
| | Long Distance | 3.75 |
| | Xerox | 42.15 |
| | Postage | 14.00 |
| | Long Distance - Telex & Telecopy | 0.76 |
| 04/07/00 | Delivery - Federal Express Fedex 3/23/00 | 17.61 |
| 04/26/00 | Delivery - Federal Express Fedex 04/07/00 | 11.91 |
| 04/26/00 | Delivery - Federal Express Fedex 04/04/00 | 11.91 |
| 04/26/00 | Delivery - Federal Express Fedex 04/14/00 | 17.78 |

**TOTAL DISBURSEMENTS**                            $     119.87

**TOTAL FOR MATTER NO.: 07555-0224**              $   5,726.87

**PRIOR OUTSTANDING INVOICES**                    $   6,910.27

**BALANCE DUE**                                   $  12,637.14

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP

INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX  75202-3796
214-939-2000

Federal ID: 75-2137988

UNUM Life Insurance Company
ATTN: Matthew J. Monaghan
2211 Congress Street
Legal Division - M194
Portland, ME  04122

Invoice No.:  903742
Invoice Date: Jun  1, 2000

Matter No.: 07555-0224
           Karen Brooks

---

**For Services Rendered Through May 31, 2000**

### INVOICE SUMMARY

| | | |
|---|---|---|
| **PROFESSIONAL SERVICES** | $ | 1,496.00 |
| **DISBURSEMENTS** | $ | 58.57 |
| **TOTAL INVOICE** | $ | 1,554.57 |
| **PRIOR OUTSTANDING INVOICES** | $ | 12,637.14 |
| **BALANCE DUE** | $ | 14,191.71 |

| | | |
|---|---|---|
| CUMULATIVE FEES BILLED TO DATE: | $ | 12,491.50 |
| CUMULATIVE COSTS BILLED TO DATE: | $ | 145.64 |
| CUMULATIVE TOTAL BILLED TO DATE: | $ | 12,637.14 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        1
Invoice No.:  903742
Invoice Date: Jun  1, 2000

---

**For Services Rendered Through May 31, 2000**

**Matter Info:** 07555-0224
Karen Brooks

**PROFESSIONAL SERVICES**

| | | |
|---|---|---|
| 05/01/00 DKB Revise case analysis and review additional materials; | 1.20 | 252.00 |
| 05/01/00 ACW Revise suit report and discovery requests; | .50 | 87.50 |
| 05/02/00 RRW Review documents from Classic Legal; organize documents regarding imaging documents; review file; | .70 | 63.00 |
| 05/02/00 ACW Revise suit report; review transition order and underwriting file; research on ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 4.20 | 735.00 |
| 05/03/00 LLT Review file and legal issues in connection with plaintiff's claim; | .30 | 43.50 |
| 05/03/00 ACW Revise and finalize suit report and discovery requests; begin second set of requests for production; | 1.80 | 315.00 |

| | | | | |
|---|---|--:|--:|--:|
| D Butler | Partner | 210.00 | 1.20 | 252.00 |
| L Traylor | Associate | 145.00 | .30 | 43.50 |
| R Waldie, Jr. | Paralegal | 90.00 | .70 | 63.00 |
| A Whitaker | Partner | 175.00 | 6.50 | 1137.50 |
| | TOTALS | | 8.70 | 1496.00 |

**TOTAL PROFESSIONAL SERVICES**                    $    1,496.00

**DISBURSEMENTS**

| | | |
|---|---|--:|
| | Xerox | 38.55 |
| 05/17/00 Delivery - Federal Express FedEx 05/03/00 | | 20.02 |

**TOTAL DISBURSEMENTS**                    $       58.57

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        2
Invoice No.:  903742
Invoice Date: Jun  1, 2000

---

**TOTAL FOR MATTER NO.: 07555-0224**          $    1,554.57

**PRIOR OUTSTANDING INVOICES**               $   12,637.14

**BALANCE DUE**                              $   14,191.71

# FIGARI DAVENPORT & GRAVES

### A REGISTERED LIMITED LIABILITY PARTNERSHIP
### INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

```
UNUM Life Insurance Company          Invoice No.:  904095
ATTN: Matthew J. Monaghan            Invoice Date: Jul  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122
```

```
Matter No.: 07555-0224
            Karen Brooks
```

---

## For Services Rendered Through Jun 30, 2000

### INVOICE SUMMARY

| | | |
|---|---|---:|
| **PROFESSIONAL SERVICES** | $ | 4,769.50 |
| **DISBURSEMENTS** | $ | 166.84 |
| **TOTAL INVOICE** | $ | 4,936.34 |
| **PRIOR OUTSTANDING INVOICES** | $ | 14,191.71 |
| **BALANCE DUE** | $ | 19,128.05 |

| | | |
|---|---|---:|
| CUMULATIVE FEES BILLED TO DATE: | $ | 13,987.50 |
| CUMULATIVE COSTS BILLED TO DATE: | $ | 204.21 |
| CUMULATIVE TOTAL BILLED TO DATE: | $ | 14,191.71 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        1
Invoice No.:  904095
Invoice Date: Jul  1, 2000

---

### For Services Rendered Through Jun 30, 2000

**Matter Info:** 07555-0224
Karen Brooks

### PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 06/08/00 ACW | Revise joint discovery plan; letter to M. Cohen; | .40 | 70.00 |
| 06/09/00 ACW | Telephone conference with M. Cowen; | .20 | 35.00 |
| 06/12/00 ACW | (2) Telephone conferences with M. Cowen; revise joint discovery/case management plan; draft stipulation regarding depositions; (2) letters to M. Cowen; letter to M. Monaghan; letter to S. Cavazos; telephone conference with M. Cowen; | 2.00 | 350.00 |
| 06/13/00 ACW | Revise initial disclosures; telephone conference with A. Davis; letter to A. Davis; | .80 | 140.00 |
| 06/15/00 ACW | Revise scheduling order; letter to M. Cowen; revise initial disclosures; | .60 | 105.00 |
| 06/19/00 ACW | Review plaintiff's first amended complaint; revise discovery requests; | 1.00 | 175.00 |
| 06/20/00 ACW | Draft motion to appear at pretrial conference by telephone and proposed order; letter to clerk; letter to M. Monaghan; revise discovery requests; | 1.50 | 262.50 |
| 06/21/00 ACW | Revise discovery requests; letter to M. Cowen; | .40 | 70.00 |
| 06/22/00 ACW | Telephone conference with A. Davis; revise discovery requests; | .30 | 52.50 |
| 06/23/00 ACW | Research on ███████████████████████; | 2.30 | 402.50 |
| 06/26/00 ACW | Telephone conference with S. Cavazos; letter to M. Cowen; | .30 | 52.50 |
| 06/27/00 ACW | Telephone conference with Josie in M. Cowen's office; (2) telephone conferences with S. Cavazos; revise and finalize initial disclosures and privilege log; letter to M. Cowen; research on ██████████████ ████████████; telephone conference with M. Cowen; begin reply on motion to dismiss; | 5.00 | 875.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company      Page No.:        2
Client No.:  07555                                    Invoice No.:  904095

Invoice Date: Jul  1, 2000

---

06/28/00 ACW Telephone conference with M. Monaghan;     6.20 1085.00
memorandum to R. Waldie; research on ██████
██████████████████ revise reply on
motion to dismiss; prepare for and participate
in initial scheduling conference; begin
response to motion for leave to amend and
proposed order;

06/29/00 ACW Revise response to motion for leave and reply     3.20  560.00
on motion to dismiss; draft proposed order;
research on ████████████████████;
letter to M. Monaghan; letter to clerk;

06/30/00 RRW Westcheck response;                                   .30   27.00

06/30/00 ACW Revise and finalize response to motion for     2.90  507.50
leave to amend, reply on motion to dismiss, and
proposed order; westcheck briefs; telephone
conference with M. Monaghan;

| | | | | |
|---|---|---|---|---|
| R Waldie, Jr. | Paralegal | 90.00 | .30 | 27.00 |
| A Whitaker | Partner | 175.00 | 27.10 | 4742.50 |
| | TOTALS | | 27.40 | 4769.50 |

**TOTAL PROFESSIONAL SERVICES**               $   4,769.50

**DISBURSEMENTS**

| | |
|---|---|
| Long Distance | 5.92 |
| Xerox | 125.40 |
| Postage | 17.19 |
| Long Distance - Telex & Telecopy | 6.42 |
| 06/28/00 Delivery - Federal Express 06/12/00 | 11.91 |

     **TOTAL DISBURSEMENTS**                $     166.84

     **TOTAL FOR MATTER NO.: 07555-0224**      $   4,936.34

     **PRIOR OUTSTANDING INVOICES**         $  14,191.71

         **BALANCE DUE**                    $  19,128.05

.

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP

INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

```
UNUM Life Insurance Company          Invoice No.:  904563
ATTN: Matthew J. Monaghan            Invoice Date: Aug  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122
```

Matter No.: 07555-0224
          Karen Brooks

---

**For Services Rendered Through Jul 31, 2000**

**INVOICE SUMMARY**

| | | |
|---|---|---|
| **PROFESSIONAL SERVICES** | $ | 3,091.50 |
| **DISBURSEMENTS** | $ | 1,000.72 |
| **TOTAL INVOICE** | $ | 4,092.22 |
| **PRIOR OUTSTANDING INVOICES** | $ | 19,128.05 |
| **BALANCE DUE** | $ | 23,220.27 |

```
CUMULATIVE FEES BILLED TO DATE:   $   18,757.00
CUMULATIVE COSTS BILLED TO DATE:  $      371.05

CUMULATIVE TOTAL BILLED TO DATE:  $   19,128.05
```

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        1
Invoice No.:  904563
Invoice Date: Aug  1, 2000

---

**For Services Rendered Through Jul 31, 2000**

**Matter Info:** 07555-0224
Karen Brooks

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/05/00 | ACW | Finalize memorandum to R. Waldie on depositions on written questions; letter to M. Monaghan; letter to M. Cowen; | .40 | 70.00 |
| 07/07/00 | RRW | Organize documents regarding depositions on written questions; | .50 | 45.00 |
| 07/11/00 | ACW | Letter to M. Monaghan; | .10 | 17.50 |
| 07/12/00 | LLT | Review scheduling order; | .20 | 29.00 |
| 07/12/00 | ACW | Docket deadlines; | .20 | 35.00 |
| 07/13/00 | DKB | Review status of case and plaintiff's initial disclosures; | .30 | 63.00 |
| 07/13/00 | DKB | Review status of discovery and work on discovery plan; | .50 | 105.00 |
| 07/13/00 | ACW | Begin notice to take Brooks' deposition; | .20 | 35.00 |
| 07/14/00 | ACW | Revise notice to take Brooks' deposition; | .20 | 35.00 |
| 07/18/00 | RRW | Organize documents regarding depositions on written questions; review claim file; telephone conference with assistant at 1st Rio Valley Medical; telephone conference with assistant to Dr. M. Ashardi; telephone conference with assistant at Valley Pain Center; telephone conference with assistant at Valley Regional Medical Center; | .90 | 81.00 |
| 07/19/00 | RRW | Organize documents regarding depositions on written questions; telephone conference with assistant at Valley Pain Center; telephone conference with assistant at Brownsville Medical Center; telephone conference with court reporter in Dallas; telephone conference with court reporter in Harlingen; draft notice of deposition on written questions; | 1.80 | 162.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company   Page No.:   2
                    Invoice No.: 904563
Client No.: 07555          Invoice Date: Aug  1, 2000

---

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/00 | ACW | Telephone conference with Josie in M. Cowen's office; | .20 | 35.00 |
| 07/20/00 | RRW | Organize documents regarding depositions on written questions; prepare notices of deposition on written questions; prepare subpoenas; revise notice to Brownsville Medical Center; letter to opposing counsel; letter to court reporter; letters to custodians of records; | 4.30 | 387.00 |
| 07/20/00 | ACW | Review and sign subpoenas to various third parties; | .30 | 52.50 |
| 07/21/00 | RRW | Organize documents regarding depositions on written questions; draft notices of deposition on written questions; draft subpoenas; draft correspondence to court reporters, opposing counsel; and custodians of records; (2) telephone conferences with assistant at Zamora & Terrones; telephone conference with D. Lefke; revise notices of deposition on written questions; review file; | 5.20 | 468.00 |
| 07/21/00 | ACW | Telephone conference with M. Cowen; letter to M. Cowen; | .40 | 70.00 |
| 07/24/00 | RRW | Telephone conference with F. Terrones; letter to F. Terrones; telephone conference with assistant at Minnesota Mutual Life Insurance Company; telephone conference with assistant at New Era Life Insurance Company; draft notices of deposition on written questions; draft subpoenas; organize documents regarding subpoena service; draft correspondence to custodians of records, opposing counsel, and court reporter; revise notices of deposition on written questions; | 5.30 | 477.00 |
| 07/24/00 | ACW | Review and sign deposition on written questions to Brooks' accountants; | .30 | 52.50 |
| 07/25/00 | LLT | Review depositions on written questions; | .10 | 14.50 |
| 07/25/00 | RRW | Organize documents regarding depositions on written questions; telephone conference with W. Hughes of Adams & Graham in Brownsville; | 1.10 | 99.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company      Page No.:      3
                                                       Invoice No.: 904563
Client No.:   07555                             Invoice Date: Aug  1, 2000

---

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/00 | RRW | Organize documents regarding depositions on written questions and records collections; organize documents regarding database setup; | 1.20 | 108.00 |
| 07/26/00 | ACW | Telephone conference with W. Hughes; | .30 | 52.50 |
| 07/27/00 | RRW | Organize documents for database setup; (3) telephone conferences with assistants at Texas Department of Insurance; letter to Texas Department of Insurance; telephone conference with J. Williams, CPA; organize documents regarding depositions on written questions documents; | 2.70 | 243.00 |
| 07/28/00 | RRW | Review file; organize documents regarding deposition scheduling; telephone conference with assistant at U.S. Legal Support; organize documents regarding Texas Department of Insurance; (2) telephone conferences with assistants at Texas Department of Insurance; | 2.00 | 180.00 |
| 07/31/00 | ACW | Research on ███████████████████████; letter to M. Monaghan; letter to W. Hughes; | 1.00 | 175.00 |

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| D Butler | Partner | 210.00 | .80 | 168.00 |
| L Traylor | Associate | 145.00 | .30 | 43.50 |
| R Waldie, Jr. | Paralegal | 90.00 | 25.00 | 2250.00 |
| A Whitaker | Partner | 175.00 | 3.60 | 630.00 |
| | | TOTALS | 29.70 | 3091.50 |

**TOTAL PROFESSIONAL SERVICES**            $    3,091.50

**DISBURSEMENTS**

| | | Amount |
|---|---|---|
| | Long Distance | 11.07 |
| | Xerox | 229.05 |
| | Postage | 29.64 |
| | Long Distance - Telex & Telecopy | 1.33 |
| 07/11/00 | Delivery - Federal Express 06/20/00 | 11.91 |
| 07/13/00 | Delivery - Federal Express 06/30/00 | 17.78 |
| 07/13/00 | Delivery - Federal Express 06/27/00 | 39.10 |
| 07/31/00 | Delivery - Federal Express 07/21/00 | 15.50 |
| 07/31/00 | Delivery - Federal Express 07/24/00 | 19.71 |
| 07/31/00 | Delivery - Federal Express 07/20/00 | 21.68 |
| 07/19/00 | Witness Fee  for Custodian of Records, 1st Rio Valley Medical, P.A. | 40.00 |
| 07/19/00 | Witness Fee for Custodian of Records, Valley Regional Medical Center | 40.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:         4
Invoice No.:  904563
Invoice Date: Aug  1, 2000

| | | |
|---|---|---:|
| 07/19/00 | Witness Fee for Custodian of Records, Valley Pain Center | 40.00 |
| 07/19/00 | Witness Fee for Custodian of Records, Madhavan Pisharodi, M.D., P.A. | 40.00 |
| 07/19/00 | Witness Fee for Custodian of Records, Brownsville Medical Center | 40.00 |
| 07/21/00 | Professional Services - Custodian of Records of San Antonio South Medical Center | 40.00 |
| 07/21/00 | Professional Services - Custodian of Records of Texas Back Institute | 40.00 |
| 07/24/00 | Witness Fee for Custodian of Records, David K. Drefke, P.C. | 40.00 |
| 07/24/00 | Witness Fee for Custodian of Records, Minnesota Mutual Life Insurance Company | 40.00 |
| 07/24/00 | Witness Fee for Custodian of Records, Zamora & Terrones, CPA's | 40.00 |
| 07/24/00 | Witness Fee for Custodian of Records, New Era Life Insurance Company | 40.00 |
| 07/24/00 | Witness Fee for Custodian of Records, John Williams, PC, CPA | 40.00 |
| 07/24/00 | Witness Fee for Custodian of Records, Berkshire Life Insurance Company | 40.00 |
| 07/25/00 | Computer Legal Research - West Publishing Company 06/30/00 RRW | 83.95 |

|  |  |  |
|---|---|---:|
| **TOTAL DISBURSEMENTS** | $ | 1,000.72 |
| **TOTAL FOR MATTER NO.: 07555-0224** | $ | 4,092.22 |
| **PRIOR OUTSTANDING INVOICES** | $ | 19,128.05 |
| **BALANCE DUE** | $ | 23,220.27 |

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP

INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

```
UNUM Life Insurance Company                Invoice No.:  904963
ATTN: Matthew J. Monaghan                  Invoice Date: Sep  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122
```

```
Matter No.: 07555-0224
            Karen Brooks
```

---

### For Services Rendered Through Aug 31, 2000

### INVOICE SUMMARY

| | | |
|---|---|---:|
| **PROFESSIONAL SERVICES** | $ | 6,604.50 |
| **DISBURSEMENTS** | $ | 998.26 |
| **TOTAL INVOICE** | $ | 7,602.76 |
| **PRIOR OUTSTANDING INVOICES** | $ | 4,092.22 |
| **BALANCE DUE** | $ | 11,694.98 |

```
        CUMULATIVE FEES BILLED  TO DATE:   $   21,848.50
        CUMULATIVE COSTS BILLED TO DATE:   $    1,371.77

        CUMULATIVE TOTAL BILLED TO DATE:   $   23,220.27
```

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:         1
Invoice No.:  904963
Invoice Date: Sep  1, 2000

---

### For Services Rendered Through Aug 31, 2000

**Matter Info:** 07555-0224
Karen Brooks

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 08/01/00 | RRW | (3) Telephone conferences with assistant at Valley Regional Medical Center; telephone conference with assistant at Texas Department of Insurance review file; organize documents for custodian of records at Valley Regional Medical Center; letter to Valley Regional Medical Center; telephone conference with custodian of records at Valley Regional Medical Center; | 2.00 | 180.00 |
| 08/01/00 | ACW | Investigation of status of insurance department complaint; | .40 | 70.00 |
| 08/02/00 | LLT | Review issues relating to deposition of K. Brooks; | .20 | 29.00 |
| 08/02/00 | RRW | Review file; research regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone conference with assistant to vice president of Administration & Business Affairs at University of Texas at Health Science Center at San Antonio; (3) telephone conferences with assistants at University of Texas Health Science Center at San Antonio; telephone conference with assistant to W. Hughes; | 3.60 | 324.00 |
| 08/02/00 | ACW | Telephone conference with T. Whisenhunt; revise notice to take Brooks' deposition; letter to M. Cowen; telephone conference with C. Bohn; telephone conference with G. Birchall; sign various subpoenas; | 2.00 | 350.00 |
| 08/03/00 | RRW | Telephone conference with court reporter; organize documents regarding depositions on written questions; | .80 | 72.00 |
| 08/03/00 | ACW | Letter to M. Monaghan; | .20 | 35.00 |
| 08/04/00 | RRW | Organize documents regarding depositions on written questions; | .60 | 54.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:   07555

Page No.:        2
Invoice No.:  904963
Invoice Date: Sep  1, 2000

---

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/00 | ACW | Review client materials; telephone conference with M. Monaghan; | .40 | 70.00 |
| 08/07/00 | ACW | Telephone conference with M. Monaghan; | .50 | 87.50 |
| 08/08/00 | DKB | Review status of discovery and pending motions; | 1.80 | 378.00 |
| 08/08/00 | RRW | Telephone conference with New Era Life Insurance Company; telephone conference with assistant to J. Rixen; telephone conference with W. Hughes; review file; research regarding ██████████████████████ conference in office with imaging representative; organize documents regarding claims file for database; | 2.20 | 198.00 |
| 08/08/00 | ACW | Review correspondence from Brownsville Medical Center's counsel; research on ██████████████████ ; | .50 | 87.50 |
| 08/09/00 | DKB | Review file regarding discovery from hospitals and accountants; | 2.90 | 609.00 |
| 08/09/00 | RRW | Organize documents regarding depositions on written questions and records; | .40 | 36.00 |
| 08/10/00 | RRW | Organize documents regarding records from depositions on written questions; review documents from AMRAS; telephone conference with AMRAS; organize documents regarding Summation setup; telephone conference with Classic Legal Documents; prepare subpoena; organize documents subpoena service; letter to opposing counsel; letter to custodian of records; letter to court reporter; telephone conference with court reporter in Brownsville; revise deposition on written questions documents; | 1.70 | 153.00 |
| 08/11/00 | RRW | (3) Telephone conferences with AMRAS; review documents regarding depositions on written questions; telephone conference with court reporter in San Antonio; (2) telephone conferences with court reporter in Dallas; review file; draft notice of deposition on written questions; | 3.30 | 297.00 |
| 08/11/00 | ACW | Telephone conference with W. Hughes; prepare subpoena to Brownsville Medical Center; | 1.30 | 227.50 |
| 08/14/00 | DKB | Review pleadings and discovery; | 5.70 | 1197.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:          3
Invoice No.:  904963
Invoice Date: Sep  1, 2000

---

| | | | |
|---|---|---|---|
| 08/14/00 RRW | Review claim file; attend to Summation preliminary setup; organize documents regarding depositions on written questions; | .90 | 81.00 |
| 08/15/00 RRW | Telephone conference with court reporter; | .20 | 18.00 |
| 08/15/00 ACW | Letter to W. Hughes; letter to M. Cowen; | .30 | 52.50 |
| 08/16/00 RRW | Telephone conference with court reporter in Houston; | .10 | 9.00 |
| 08/21/00 ACW | Review Brooks' discovery responses and documents; | .50 | 87.50 |
| 08/22/00 RRW | (3) Telephone conferences with court reporter; organize documents regarding deposition scheduling; organize documents regarding subpoena; letter to Berkshire Life Insurance Company; review claim file and client documents; | 1.60 | 144.00 |
| 08/23/00 RRW | Telephone conference with court reporter; | .20 | 18.00 |
| 08/24/00 DKB | Review status of discovery and telephone conference with M. Monaghan; | .60 | 126.00 |
| 08/24/00 RRW | Organize documents regarding deposition on written questions documents; (4) telephone conferences with court reporter in Houston; review documents from insurance subpoenas; telephone conference with W. Hughes at Brownsville Medical Center; | 1.40 | 126.00 |
| 08/24/00 ACW | Review records from Philadelphia American, Berkshire Life, and Minnesota Mutual; telephone conference with Josie in M. Cowen's office; telephone conference with M. Monaghan; | 1.20 | 210.00 |
| 08/25/00 DKB | Review various documents obtained by subpoena; | 4.50 | 945.00 |
| 08/25/00 RRW | (2) Telephone conferences with court reporter in Massachusetts; (2) telephone conferences with court reporter in Dallas; organize documents regarding depositions on written questions and documents from subpoenas; | 1.10 | 99.00 |
| 08/29/00 RRW | Review documents from court reporter; organize documents from depositions on written questions; | 1.00 | 90.00 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Page No.:        4
Invoice No.:     904963

Client No.:  07555

Invoice Date: Sep  1, 2000

---

08/30/00 RRW (2) Telephone conferences with court reporters;   1.00     90.00
         telephone conference with New Era Life
         Insurance Company; review file;

08/31/00 RRW Telephone conference with court reporter;          .60      54.00
         organize documents regarding insurance records;

| | | | | |
|---|---|---|---|---|
| D Butler | Partner | 210.00 | 15.50 | 3255.00 |
| L Traylor | Associate | 145.00 | .20 | 29.00 |
| R Waldie, Jr. | Paralegal | 90.00 | 22.70 | 2043.00 |
| A Whitaker | Partner | 175.00 | 7.30 | 1277.50 |
| | TOTALS | | 45.70 | 6604.50 |

**TOTAL PROFESSIONAL SERVICES**                           $   6,604.50

**DISBURSEMENTS**

|  |  |
|---|---|
| Long Distance | 11.87 |
| Xerox | 50.25 |
| Postage | 13.68 |
| Long Distance - Telex & Telecopy | 3.35 |
| 08/10/00 Delivery - Federal Express 07/25/00 | 12.79 |
| 08/10/00 Delivery - Federal Express 07/25/00 | 15.50 |
| 08/10/00 Delivery - Federal Express 07/25/00 | 12.17 |
| 08/10/00 Delivery - Federal Express 07/25/00 | 10.87 |
| 08/17/00 Delivery - Federal Express 08/02/00 | 12.17 |
| 08/17/00 Delivery - Federal Express 08/01/00 | 11.91 |
| 08/17/00 Delivery - Federal Express 08/02/00 | 12.79 |
| 08/17/00 Delivery - Federal Express 08/02/00 | 10.87 |
| 08/24/00 Delivery - Federal Express 08/11/00 | 11.91 |
| 08/29/00 Delivery - Federal Express 08/17/00 | 35.72 |
| 08/29/00 Delivery - Federal Express 08/21/00 | 21.11 |
| 08/24/00 Professional Services - e-Legal Image, Inc. | 208.35 |
| 08/10/00 Xerox - Bulk - Zamora & Terrones, CPA's | 270.00 |
| 08/22/00 Xerox - Bulk - Berkshire Life Insurance Company | 161.00 |
| 08/01/00 Record Search Charge - Alpha Records Service | 111.95 |

**TOTAL DISBURSEMENTS**                          $     998.26

**TOTAL FOR MATTER NO.: 07555-0224**            $   7,602.76

**PRIOR OUTSTANDING INVOICES**                  $   4,092.22

**BALANCE DUE**                                 $  11,694.98

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP

INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

```
UNUM Life Insurance Company              Invoice No.:  905282
ATTN: Matthew J. Monaghan                Invoice Date: Oct  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122
```

```
Matter No.: 07555-0224
            Karen Brooks
```

---

**For Services Rendered Through Sep 30, 2000**

**INVOICE SUMMARY**

| | | |
|---|---|---:|
| **PROFESSIONAL SERVICES** | $ | 4,088.50 |
| **DISBURSEMENTS** | $ | 502.37 |
| **TOTAL INVOICE** | $ | 4,590.87 |
| **PRIOR OUTSTANDING INVOICES** | $ | 11,694.98 |
| **BALANCE DUE** | $ | 16,285.85 |

| | | |
|---|---|---:|
| CUMULATIVE FEES BILLED TO DATE: | $ | 28,453.00 |
| CUMULATIVE COSTS BILLED TO DATE: | $ | 2,370.03 |
| CUMULATIVE TOTAL BILLED TO DATE: | $ | 30,823.03 |

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        1
Invoice No.:  905282
Invoice Date: Oct  1, 2000

---

**For Services Rendered Through Sep 30, 2000**

**Matter Info:** 07555-0224
Karen Brooks

**PROFESSIONAL SERVICES**

| | | |
|---|---|---|
| 09/01/00 RRW | Telephone conference with court reporter in Minnesota; organize documents regarding depositions on written questions; review file; | .60 |
| 09/08/00 RRW | Organize documents regarding depositions on written questions and subpoenas; draft and revise affidavit; review file; telephone conference with U.S. Legal Support; letter to W. Hughes; telephone conference with assistant to W. Hughes; organize documents for W. Hughes; | 2.40 |
| 09/08/00 ACW | Compile materials for Brownsville Medical Center affidavit; | .30 |
| 09/10/00 ACW | Review claim file for potential exhibits to Minor declaration; | .30 |
| 09/11/00 RRW | Telephone conference with W. Hughes; organize documents from Brownsville Medical Center; | .60 |
| 09/12/00 RRW | Revise Minor declaration; letter to W. Hughes, Brownsville Medical Center; | .40 |
| 09/12/00 ACW | Telephone conference with M. Monaghan; | .20 |
| 09/13/00 RRW | Review claim file for information from court reporter; review medical records; telephone conference with M. Guevara; | .70 |
| 09/13/00 ACW | Review claim file for potential exhibits; revise Minor declaration; | 3.30 |
| 09/14/00 ACW | Letter to M. Monaghan; telephone conference with M. Monaghan; revise Minor declaration; letter to M. Monaghan; begin brief on effect of Brooks' continued performance of surgeries; | 2.30 |

CVbPDF - www.tesisu.com

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:      2
Invoice No.:  905282
Invoice Date: Oct  1, 2000

---

| | | |
|---|---|---|
| 09/18/00 ACW | Telephone conference with B. Dutcher; revise Minor declaration; letter to B. Dutcher; telephone conference with B. Dutcher; letter to N. Minor; revise brief on Brooks' continued performance of surgeries; telephone conference with B. Dutcher; | 4.00 |
| 09/19/00 RRW | (3) Telephone conferences with W. Hughes; | .60 |
| 09/19/00 ACW | Review brief regarding Brooks' continued performance of surgeries; begin appendix; | 1.50 |
| 09/20/00 RRW | Telephone conference with W. Hughes at Brownsville Medical Center; | .30 |
| 09/20/00 ACW | Revise brief regarding Brooks' continued performance of surgeries; revise appendix; letter to M. Monaghan; letter to clerk; | 1.80 |
| 09/21/00 RRW | Organize declaration for Brownsville Medical Center; | .30 |
| 09/21/00 ACW | Revise and finalize brief regarding Brooks' continued performance of surgeries; telephone conference with M. Monaghan; | 1.50 |
| 09/26/00 DML | Review client materials; | .20 |
| 09/27/00 DML | Research ███████████████████████; | 2.70 |
| 09/28/00 DML | Research ████████████████████ | 2.30 |
| 09/28/00 RRW | Review medical records and claim file; telephone conference with assistant at San Antonio South Medical Center; | 1.30 |
| 09/28/00 ACW | Research on ███████████████████ | .30 |

| | | | | |
|---|---|---|---|---|
| D Lynch | Associate | 140.00 | 5.20 | 728.00 |
| R Waldie, Jr. | Paralegal | 90.00 | 7.20 | 648.00 |
| A Whitaker | Partner | 175.00 | 15.50 | 2712.50 |
| | TOTALS | | 27.90 | 4088.50 |

**TOTAL PROFESSIONAL SERVICES**                     $   4,088.50

**DISBURSEMENTS**

Long Distance                                            3.99

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.:  07555

Page No.:        3
Invoice No.:  905282
Invoice Date: Oct  1, 2000

---

|  |  |  |
|---|---|---|
| | Xerox | 201.45 |
| | Postage | 9.05 |
| | Long Distance - Telex & Telecopy | 0.99 |
| 09/07/00 | Delivery - Federal Express 08/21/00 | 15.50 |
| 09/20/00 | Delivery - Federal Express 09/08/00 | 11.91 |
| 09/26/00 | Delivery - Federal Express 09/12/00 | 11.91 |
| 09/26/00 | Delivery - Federal Express 09/14/00 | 22.57 |
| 09/27/00 | Travel/Air - American Express Service charge | 25.00 |
| 09/26/00 | Professional Services - Catuogno Court Reporting Services, Inc. | 200.00 |

**TOTAL DISBURSEMENTS**                      $      502.37

**TOTAL FOR MATTER NO.: 07555-0224**         $    4,590.87

**PRIOR OUTSTANDING INVOICES**               $   11,694.98

**BALANCE DUE**                              $   16,285.85

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP

INCLUDING PROFESSIONAL CORPORATIONS

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796
214-939-2000

Federal ID: 75-2137988

```
UNUM Life Insurance Company          Invoice No.:  905754
ATTN: Matthew J. Monaghan            Invoice Date: Nov  1, 2000
2211 Congress Street
Legal Division - M194
Portland, ME  04122
```

```
Matter No.: 07555-0224
            Karen Brooks
```

**For Services Rendered Through Oct 31, 2000**

### INVOICE SUMMARY

| | |
|---|---|
| **PROFESSIONAL SERVICES** | $    3,480.50 |
| **DISBURSEMENTS** | $      768.69 |
| **TOTAL INVOICE** | $    4,249.19 |
| **BALANCE DUE** | $    4,249.19 |

```
CUMULATIVE FEES BILLED TO DATE:   $   32,541.50
CUMULATIVE COSTS BILLED TO DATE:  $    2,872.40

CUMULATIVE TOTAL BILLED TO DATE:  $   35,413.90
```

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.: 07555

Page No.:       2
Invoice No.:  905754
Invoice Date: Nov  1, 2000

---

10/13/00 RRW Organize documents regarding bill of costs;            .80
             review file regarding bill of costs filing
             procedure;

10/13/00 SAY Organize documents for bill of costs;                  .40

10/16/00 ACW Telephone conference with M. Cowen;                    .20

10/17/00 ACW Letter to M. Cowen;                                    .20


| A Whitaker | Partner | 175.00 | 14.30 | 2502.50 |
| R Waldie, Jr. | Paralegal | 90.00 | 4.80 | 432.00 |
| S Young | Paralegal | 70.00 | 7.80 | 546.00 |
| | TOTALS | | 26.90 | 3480.50 |


**TOTAL PROFESSIONAL SERVICES**                              $    3,480.50

**DISBURSEMENTS**

| | | |
|---|---|---|
| Long Distance | | 1.29 |
| Xerox | | 86.55 |
| Long Distance - Telex & Telecopy | | 0.27 |
| 10/06/00 Delivery - Federal Express 09/20/00 | | 11.91 |
| 10/06/00 Delivery - Federal Express 09/18/00 | | 21.11 |
| 10/06/00 Delivery - Federal Express 09/21/00 | | 27.56 |
| 10/24/00 Delivery - Federal Express 10/13/00 | | 19.71 |
| 10/31/00 Delivery - Federal Express 10/17/00 | | 17.78 |
| 10/06/00 Travel/Air - Andrew C. Whitaker | | 307.00 |
| 10/06/00 Travel/Other - Andrew C. Whitaker | | 76.12 |
| 10/09/00 Professional Services - U.S. LEGAL Support, Inc. - Houston | | 125.50 |
| 10/12/00 Professional Services - US Legal Support | | 25.00 |
| 10/16/00 Computer Legal Research | | 48.89 |


**TOTAL DISBURSEMENTS**                                      $      768.69


**TOTAL FOR MATTER NO.: 07555-0224**                         $    4,249.19


**BALANCE DUE**                                              $    4,249.19

# FIGARI DAVENPORT & GRAVES, L.L.P.

Client Name: UNUM Life Insurance Company

Client No.: 07555

Page No.:        1
Invoice No.: 905754
Invoice Date: Nov  1, 2000

## For Services Rendered Through Oct 31, 2000

**Matter Info:** 07555-0224
Karen Brooks

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 10/01/00 | ACW | Prepare for status conference; | 1.20 |
| 10/02/00 | ACW | Prepare for and attend status conference; begin motion to compel; letter to M. Monaghan; | 10.10 |
| 10/03/00 | ACW | Telephone conference with M. Monaghan; | .40 |
| 10/03/00 | RRW | Telephone conference with N. Mojica at U.S. Legal Support in San Antonio; telephone conference with L. Pointer at U.S. Legal Support in Houston; organize imaging documents for file; | .90 |
| 10/04/00 | ACW | Letter to M. Monaghan; | .20 |
| 10/05/00 | SAY | (3) Telephone conferences with B. Deloch; bgin preparation of  bill of costs; | 2.80 |
| 10/09/00 | SAY | Revise bill of costs; | .70 |
| 10/10/00 | SAY | Telephone conference with L. Pointer; | .10 |
| 10/11/00 | SAY | Telephone conference with L. Pointer; | .10 |
| 10/12/00 | ACW | Draft motion to alter or amend judgment; draft proposed order; | .50 |
| 10/12/00 | RRW | (3) Telephone conference with U.S. Legal Support in Houston; telephone conference with U.S. Legal Support in Dallas; telephone conference with U.S. Legal Support in San Antonio; (2) telephone conferences with U.S. Legal In Harlingen; organize bill of costs documents; | 3.10 |
| 10/12/00 | SAY | Organize documents for bill of costs; (3) telephone conferences with R. Sols; | 3.70 |
| 10/13/00 | ACW | Revise motion to alter or amend and proposed order; letter to clerk; | 1.50 |