6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 10 2001

Michael N. Milby
Clerk of Court

| KAREN BROOKS | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA | § | |

**PLAINTIFF'S OBJECTIONS AND RESPONSE TO
DEFENDANT'S MOTION TO COLLECT COSTS AND FOR STAY**

Plaintiff Karen Brooks files this motion objecting to and in to response to Defendant's Motion to Collect Costs and for Stay:

1.      The Defendants asserts in paragraph IV A that: Brooks Should Be Required to Pay Defendant's Costs from the Original Action and cite Federal Rule of Civil Procedure 41(d):

> Costs of Previously-Dismissed Action. If a plaintiff who has once dismissed an action in any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

2.      The plaintiff responds that the court has signed an order dated April 25, 2001 and a Final Judgment dated April 26, 2001 as it deemed proper, memorializing an order dated October 3, 2000 in Cause No. B-00-029. The undersigned counsel recently received the court order dated March 26, 2001 from Karen Brooks which amended the action to tax costs incurred and ordered the plaintiff to remit sues to the defendant.

3.      The Defendant's Motion to Alter or Amend Judgment and Supporting Brief in Cause No. B-00-029 requested "costs" pursuant to Federal Rule of Civil Procedure

54(d)(1) and cited the part of the rule 54(d)(1) which states "Costs other than Attorneys Fees."

4.  The defendant attached a bill of costs in their Motion to Alter Judgment and prayed for $4,773.19 in Cause No. B-00-029. Former counsel for Karen Brooks did not respond to the defendant's motion to alter judgment and apparently costs of $4,773.19 were ordered assessed on April 26, 2001.

5.  Defendant mailed a "Defendant's Motion to Collect Costs and for Stay on April 19, 2001" in this cause asking apparently for an additional alteration of the "Amended Judgment" by requesting that Brooks be ordered to pay attorneys fees. The defendant cites Federal Rule of Civil Procedure 41(d) and states that, "Admittedly, Rule 41(d) does not expressly provide for the recovery of attorneys fees." (Defendant' Motion to Collect Costs and for Stay, p.5) The defendant then cites numerous cites various cases, none of which are in the Fifth Circuit. The plaintiff due to time constraints intends to research the cases and files "Amended Plaintiff's Response to Collect Costs and for Stay"

6.  The defendant also asks this suit be stayed pending payments of costs and attorney's fees and again cites cases which are not in the Fifth Circuit.

7.  The original case Cause No. B-00-029 was dismissed by the Plaintiff upon order of court and upon such terms as the court deemed proper. The first case was dismissed as far as undersigned counsel can determine without objection under Federal Rule of Criminal Procedure 4(a)(2). No counter claim was filed in the first claim. Therefore, the insistence of the defendant that the court continue to amend previous judgments is

frivolous. The first case Cause No. B-00-029 was dismissed without prejudice to refiling on October 2, 2000 according to the docket entry dated October 3, 2000.

8.  The defendant is requiring undersigned counsel to litigate a different case wherein an order was signed dismissing the case without prejudice on October 2, 2000; Then filing a series of motions following the dismissal without prejudice first asking for costs and then amending the requests for costs and asking the court to award attorney's fees under Federal Rule of Civil Procedure 4(d). Federal Rule of Civil Procedure 4(d) does not provide for attorneys fees. Costs were requested and assessed and granted before and now another request is made for attorney's fees.

9.  The initial case Cause No. B-00-029 was dismissed without prejudice without objection and the defendant had notice the case might be refiled. The Defendant's Amended Original Answer contained no counterclaim. The court entered an "Amended Judgment" against the defendant in the first case citing that no response to the motion had been filed.

10. Plaintiff respectfully request that the court deny the Motion to Collect Costs, deny the Stay in the proceedings, and deny the request for attorney's fees as frivolous.

## CERTIFICATE OF SERVICE
## AND CERTIFICATE OF CONFERENCE

Counsel faxed a draft of this motion to Mr. Andrew C. Whitaker at (214) 939-2090 on May 7, 2001 with a cover letter requesting that he telephone us regarding the motion and as of May 8, 2001 he has not contacted our office. Therefore, counsel assumes he opposes the motion. Counsel for plaintiff is filing said motion and will forward a copy by Certified Mail, Return Receipt Requested to Mr. Andrew C. Whitaker, FIGARI, DAVENPORT & GRAVES 3400 Bank of America Plaza, 901 Main Street, LB 125, Dallas, Texas 75202-3796; A copy of this motion was also sent by regular mail to Ms. Karen Brooks on this 08th day of May, 2001.

Respectfully submitted,

_____
Mark A. Di Carlo
722 Elizabeth St.
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 Fax
State Bar No.: 05812510
Southern District I.D. No. 6839

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA | § | |

### ORDER ON PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COLLECT COSTS AND FOR STAY

On this the _____ day of _____, 2001, came to be considered Plaintiff's Objection and Response to Defendant's Motion to Collect Costs and for Stay and finds as follows:

Plaintiff's Objection to Defendant's Motion to Collect Costs is GRANTED/DENIED;

Plaintiff's Objection to Defendant's Motion for Stay is GRANTED/DENIED;

Plaintiff's Objection to Defendant's Request for Attorney's Fees is GRANTED/DENIED.

SIGNED AND ENTERED on this the _____ day of _____ _____, 2001.

_____
JUDGE PRESIDING