IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER
## RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Karen Brooks ("Brooks") and Defendants UnumProvident Corporation

("UnumProvident") and Unum Life Insurance Company of America ("Unum Life")

(collectively, "Defendants")[1] file this joint discovery/case management plan and state:

1.      **State where and when the meeting of the parties required by Rule 26(f) was held,
        and identify the counsel who attended for each party.**

Mark A. DiCarlo, counsel for Brooks, and Andrew C. Whitaker, counsel for

Defendants, met by telephone on July 31, 2001.

---

[1]Defendants assert that the submission of this plan is subject to and without waiver of Defendants'
Motion to Collect Costs and for Stay (Dkt. No. 4), which was filed herein on April 20, 2001. Brooks opposes
such motion.

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER
RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE - Page 1**

2.      **List the cases related to this one that are pending in any state or federal court with the case number and court.**

A criminal action against Brooks is currently pending in the 107th District Court of Cameron County, Case No. 01CR424A. Moreover, this action is in many respects identical to Karen Brooks v. UnumProvident Corporation and UNUM Life Insurance Company of America, C.A. No. B-00-029 (the "Original Action"), which was pending before this Court from February 15, 2000 to April 25, 2001.

3.      **Specify the allegation of federal jurisdiction.**

The Court has jurisdiction over this action under 28 U.S.C. § 1332, as Brooks and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4.      **Name the parties who disagree and the reasons.**

The parties do not dispute the Court's jurisdiction.

5.      **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

The parties do not foresee the inclusion of any additional parties.

6.      **List anticipated interventions.**

The parties do not anticipate any interventions in this action.

7.      **Describe class-action issues.**

Brooks contends that her research indicates that Unum Life has a pattern of wrongful

denial of benefits, but she is not seeking certification of this action as a class action.

Defendants deny that any such pattern exists and believe that there are no class-action issues

in this action.

8.      **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

The parties have agreed to exchange their initial disclosures by August 10, 2001.

9.      **Describe the proposed agreed discovery plan, including:**

A.      **Responses to all the matters raised in Rule 26(f).**

1.      The parties do not believe that any changes are needed to the timing,

form, or requirement for disclosures.  As set forth above, the parties

have agreed to exchange their initial disclosures by August 10, 2001.

2.      Brooks believes that she will need discovery on Unum Life's denial of

benefits; the pretense of denial of benefits; a pattern of denial of

benefits; and communications regarding denial of benefits.  Defendants

believe that Unum Life's handling of other claims is irrelevant.

Defendants believe that they will need discovery on Brooks' past and

present occupational duties and employment status, her earnings, her

alleged disability, her medical condition, and her communications with

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER**
**RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE - Page 3**

her medical providers and financial advisers. Brooks believes that communications with her financial advisors are irrelevant.

3.    The parties do not believe any limitations on discovery are needed.

4.    The parties are not aware of any other orders that should be entered by the Court under subdivision (c) or under Rule 16(b) and (c).

**B.    When and to whom the plaintiff anticipates it may send interrogatories.**

Brooks anticipates sending interrogatories to Defendants by September 7, 2001.

**C.    When and to whom the defendant anticipates it may send interrogatories.**

Defendants anticipate sending interrogatories to Brooks by September 7, 2001.

**D.    Of whom and by when the plaintiff anticipates taking oral depositions.**

By May 24, 2002, Brooks anticipates taking the oral depositions of some of the individuals listed on the attached Exhibit A. Brooks will modify this list to exclude unnecessary deponents upon further discovery. Defendants oppose the taking of more than ten depositions per side. See Fed. R. Civ. P. 30(c)(2)(A).

**E.    Of whom and by when the defendant anticipates taking oral depositions.**

By May 24, 2002, Defendants presently anticipate deposing Brooks (regarding her past and present occupational duties and employment status, her earnings, her alleged disability, her medical condition, her communications with her medical providers and financial advisors, and her claims in this action), her experts (if and when such experts are designated) (regarding their opinions, the bases of their opinions, and their qualifications), some or all of her medical providers, including, but not limited to, Sam Allen, D.C., John Wells, M.D., and Steven

Hochschuler, M.D. (regarding her medical condition and their opinions), and some of her past and present business associates, including, but not limited to, Jon Middleton, D.P.M. and employees of Brownsville Medical Center (regarding her past and present occupational duties and work activities).  Brooks objects to the taking of more than ten depositions per side.

**F.      When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.**

Brooks intends to designate her experts, if any, and provide reports from such experts by January 11, 2002.  Defendants intend to designate their experts, if any, and provide reports from such experts by February 10, 2002.

**G.      List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).**

Brooks anticipates deposing some or all of Defendants' experts by May 24, 2002.

**H.      List expert depositions the opposing party anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).**

Defendants anticipate deposing some or all of Brooks' experts by May 24, 2002.

**10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties have agreed on each aspect of this discovery plan.

**11.    Specify the discovery beyond initial disclosures that has been undertaken to date.**

No discovery has been undertaken to date.

**12.    State the date the planned discovery can reasonably be completed.**

The parties believe that they can complete discovery by May 24, 2002.

**13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

The possibilities for a prompt settlement or resolution of this case do not appear good. Instead, the parties would prefer to conduct some preliminary discovery and enter into informal settlement negotiations. In the event those informal negotiations are unsuccessful, the parties will consider mediation.

**14.    Describe what each party has done or agreed to do to bring about a prompt resolution.**

The parties would prefer to conduct some preliminary discovery and then enter into informal settlement negotiations. In the event those informal settlement negotiations are unsuccessful, the parties will consider mediation.

**15.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

At this juncture, it does not appear that alternative dispute resolution would be beneficial. The parties will attempt to resolve the dispute on their own. However, if it appears after some preliminary discovery that alternative dispute resolution is viable, the parties agree that mediation is the best technique.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

The parties will not jointly agree to trial before a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

Brooks timely demanded a jury in Plaintiff's Original Complaint.

18. **Specify the number of hours it will take to present the evidence in this case.**

The parties estimate it will take approximately 24 trial hours to present the evidence in this case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

Defendants' Motion to Collect Costs and for Stay is pending and could be ruled on at the initial pretrial and scheduling conference. Brooks opposes this motion.

20. **List other motions pending.**

There are no other motions pending at this time.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

The parties do not believe that there are any other matters peculiar to this case that deserve the special attention of the Court. The parties note that this action is in many respects identical to the Original Action, which was pending before this Court from February 15, 2000 to April 25, 2001.

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE** - **Page 7**

**22.    List the names, bar numbers, address and telephone numbers of all counsel.**

Counsel for Brooks:
Mark A. Di Carlo
State Bar No. 05812510
Attorney-In-Charge
S.D. No. 6839
722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

Counsel for Defendants:
Doug K. Butler
State Bar No. 03516050
Attorney-In-Charge
S.D. No. 9271
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

Respectfully submitted,

By: _____

Mark A. Di Carlo
State Bar No. 05812510
S.D. No. 6839
Attorney-In-Charge

722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
KAREN BROOKS


FIGARI DAVENPORT & GRAVES, L.L.P.


By: _____

Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

# EXHIBIT "A"

CutePDF – www.fasiio.com

# DESIGNATED EXPERTS
# EXHIBIT "A-1"

R.W. ArmStrong
R.W. Armstrong & Associates
2600 Old Alice Road
Brownsville, Texas 78521-1450
(956) 546-5556

Armstrong formerly represented Brooks

CHMPDF - www.fastio.com

# DESIGNATED EXPERTS
## EXHIBIT "A-2"

regarding his communications with UNUM Life on Brooks' behalf.

Patricia A. Hernandez
117 East Price Road
Brownsville, Texas 78521
(956) 541-9001

      Hernandez formerly represented Brooks and may have knowledge regarding her communications with UNUM Life on Brooks' behalf.

Sam J. Allen, D.C.
1st Rio Valley Medical, P.A.
805 Old Port Isabel Road
Brownsville, Texas 78521
(956) 504-2273

      Dr. Allen provided chiropractic treatment to Brooks and may have knowledge regarding her condition and records.

Keolanui G. Chun, M.D.
Texas Back Institute
6300 West Parker Road
Plano, Texas 75093
(972) 608-5000

      Dr. Chun provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Stephen N. Hochschuler, M.D.
Texas Back Institute
6300 West Parker Road
Plano, Texas 75093
(972) 608-5000

      Dr. Hochschuler provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Robert S. Howell, D.C.
1st Rio Valley Medical, P.A.
805 Old Port Isabel Road
Brownsville, Texas 78521
(956) 504-2273

## DESIGNATED EXPERTS
## EXHIBIT "A-3"

Dr. Howell provided chiropractic treatment to Brooks and may have knowledge regarding her condition and records.

Patrick R. McAllister, M.D., Ph.D.
San Antonio South Medical Center
415 S.W. Military Drive
San Antonio, Texas 78221
(210) 923-3341

Dr. McAllister provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Madhavan Pisharodi, M.D.
Madhavan Pisharodi, M.D., P.A.
942 Wildrose Lane
Brownsville, Texas 78520
(956) 541-6725

Dr. Pisharodi provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

John A. Wells, M.D.
Valley Pain Center
844 Central Boulevard, Suite 360
Brownsville, Texas 78520
(956) 541-9824

Dr. Wells provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Custodian of Records
Columbia Valley Regional Medical Center
100 A Alton Gloor Road
Brownsville, Texas 78521

The Custodian may have knowledge regarding the records of Columbia Valley Regional Medical Center pertaining to Brooks.

David K.Dretke
David K. Drefke, P.C.
5401 North Tenth Street, Suite 105
McAllen, Texas 78504-2752

# DESIGNATED EXPERTS
## EXHIBIT "A-4"

Drefke is one of the accountants for Brooks and the PA and may have knowledge regarding their finances and financial records.

Fred Myers, CPA, CFP, CLU
Fred Myers, CPA, P.C.
1411 West Avenue, Suite 100
Austin, Texas 78701
(512) 457-8555

Myers is one of the accountants for Brooks and the PA and may have knowledge regarding their finances and financial records and their insurance matters.

John Williams
John Williams, PC, CPA
923 East 13th Street
Weslaco, Texas 78596

Williams is one of the accountants for Brooks and the PA and may have knowledge regarding their finances and financial records.

Custodian of Records
.Zamora & Terrones, CPAs
173 East Price Road
Brownsville, Texas 78521

The Custodian may have knowledge regarding the records of Zamora & Terrones, CPAs regarding Brooks and the PA pertaining to their finances and financial condition.

Olivia Garcia
Jose Gonzalez
Antonio Mendoza
John Middleton
Frances Olivares
Gracie Rodriguez
Karen E. Brooks, D.P.M., P.A. 615 Villa Maria Boulevard Brownsville, Texas 78520

CbPDF - www.faxto.com

# DESIGNATED EXPERTS
## EXHIBIT "A-5"

These individuals may have knowledge regarding their employment and/or affiliation with the PA and Brooks' activities before and after her fall in May 1998.

Custodian of Records
Karen E. Brooks, D.P.M., P.A.
615 Villa Maria Boulevard
Brownsville, Texas 78520

The Custodian may have knowledge regarding the records of the PA pertaining to its structure, history, finances, and financial condition.

Jan Behm
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

Behm may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Nell Bratcher, MA, RN, CNAA
Chief Nursing Officer
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

# DESIGNATED EXPERTS
# EXHIBIT "A-6"

Bratcher may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Maria Castellion
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

Castellion may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Mike Marchand
Brownsville Medical Center
1040 West Jefferson Street Brownsville, Texas 78523-3590
(210) 544-1400

Marchand may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Custodian of Records
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

The Custodian may have records regarding the records of Brownsville Medical Center pertaining to Brooks and her activities.

Custodian of Records Berkshire Life Insurance Company

The Custodian may have knowledge regarding the records of Berkshire Life Insurance Company pertaining to Brooks and her policy no. 110346337.

The Custodian may have knowledge regarding the records of Minnesota Mutual Life Insurance Company pertaining to Brooks and her policy no. 212680211

# DESIGNATED EXPERTS
## EXHIBIT "A-7"

Custodian of Records
Professional Benefits Insurance Company
10835 Rocky
Houston, Texas 77099

The Custodian may have knowledge regarding the records of Professional
Benefits Insurance Company pertaining to Brooks.

Louis A. Campbell
Peace Officer-Investigator
Texas Department of Insurance
333 Guadalupe Street
P.O. Box 149104
Austin, Texas 78714-9104
(512) 463-6169

Campbell may have knowledge regarding the Texas Department of Insurance's
investigation of Brooks.

Susan Marx
Compliance Specialist
Texas Department of Insurance
333 Guadalupe Street
P.O. Box 149104
Austin, Texas 78714-9104
(512) 463-6169

Marx may have knowledge regarding the Texas Department of Insurance's
investigation of Brooks.

Rick L. Perkins
Legal & Compliance Intake Unit
Texas Department of Insurance
333 Guadalupe Street
P.O. Box 149104
Austin, Texas 78714-9104 (512) 463-6169

Perkins may have knowledge regarding the Texas Department of Insurance's s
investigation of Brooks

# DESIGNATED EXPERTS
# EXHIBIT "A-8"

Oscar A. Cartaya, M.D.
Health Resources and Technology, Inc.
420 Boylston Street, Suite 310
Boston, Massachusetts 02101
(617) 424-1711


     Dr. Cartaya reviewed certain medical records pertaining to Brooks and provided
UNIJM Life with a report of his findings.


Cynthia Bellefountaine
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211


Bellefountaine assisted in UNUM Life's investigation of Brooks' claim.


Jim Bilodeau
UNTJM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211


Bilodeau assisted in UNIJM Life's investigation of Brooks' claim


Nancy E. Bogg, VCM
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211


Bogg assisted in UNUM Life's investigation of Brooks' claim.


Constance M. Cardamone
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211


Cardamone assisted in UNUM Life's investigation of Brooks' claim

# DESIGNATED EXPERTS
## EXHIBIT "A-9"

Jon Colson
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Colson assisted in UNUM Life's investigation of Brooks' claim.

Marie Cutting, RN, BSN, CRRN
P.O. Box 191
Sebago, Maine 04029
     Cutting, who was formerly employed by UNUM Life, assisted in UNUM Life's
investigation of Brooks' claim.

Richard G. Day, M.D.
UNLIM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Dr. Day assisted in UNUM Life's investigation of Brooks' claim.

Shannon Denbow
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Denbow assisted in UNUM Life's investigation of Brooks' claim.

Denise Houser
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211
Houser assisted in UNUM Life's investigation of Brooks' claim.

Karen Keene
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Keene assisted in UNUM Life's investigation of Brooks' claim.

# DESIGNATED EXPERTS
## EXHIBIT "A-10"

Dom Lagravinese
(address and telephone number unknown)

Lagravinese, who was formerly employed by UNUM Life, assist in UNUM life's investigation of Brooks' claim.

Nancy L. Minor
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Minor assisted in UNUM Life's investigation of Brooks' claim.

Nancy K. Olds
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Olds assisted in UNUM Life's investigation of Brooks' claim.

Sean Sullivan
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Sullivan assisted in UNUM Life's investigation of Brooks' claim

Sheldon White
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

White assisted in UNUM Life's investigation of Brooks' claim

Dr. Dove
Dr. Bendal
Dr. Middleton
Dr. Decuir

# DESIGNATED EXPERTS
# EXHIBIT "A-11"

Dr. Overbeek
Dr. Dervir
Dr. Overton
Dr. Shah

Addresses and telephone numbers unknown.
Podiatric residents who performed surgeries under Dr. Brooks' supervision. .Pos.Sess
information indicating the Dr. Brooks did not, in fact, perform certain surgeries herself.

Lori Bendle

Anthony DeCoir, Jr.

Cyandi Dove

Troy Overbeck

Susan Warner

Dr. Shal

Edela Estrada 956/544-6335

Dr. Katie Gaul

Dr. Raul Maldonado

Dr. John Middleton

Dr. Michael Metzer

Dr. Oscar Etuk

Dr. Charles Hartley

Dr. Paul Kinberg

Dr. Tina Oliver

Dr. Larry Harkless

# DESIGNATED EXPERTS
# EXHIBIT "A-12"

Additional health care providers (addresses and telephone numbers will be supplemented):

Dr. William Valverde

Dr. Susan Ander
956/300-4647

Dr. Nelso Pacheco
956/504-1322

Justo Cisneros
831 Ridgewood
Brownsville,Tx. 78520

     Friends and Family who have knowledge of Plaintiff's pain and suffering (Addresses and Telephone numbers will be supplemented):

Kathy & Bill Russell
718/527-4667

Frank & Lori Balanos

Drs. Yvonne & Alex Sudarshan

Mrs. Minerva Richer

Mr. & Mrs. Fred Rissand
516/593-3369

Ms. Donna Young
203/327-1118

Mr. & Mrs. Juan Valles
956/399-4517

York & Helane Battey
212/831-1123

Wendell P. Brooks
718/352-6267

# DESIGNATED EXPERTS
## EXHIBIT "A-13"

Linda J. Brock
956/399-6411

Father Art Brivins
956/350-3348

Doctors who covered at the office (Addresses and Telephone Numbers will be supplemented):

Dr. Jose Ayala
956/550-9480

Dr. Marco Ardila

Dr. Joseph Bender

Dr. Tom Brooks

Dr. Joseph Caparuso

Dr. Javier Cavazos