

United States District Court
Southern District of Texas
FILED

AUG - 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA | § | |

## DEFENSE COUNSEL NOTICE

Defense counsel has the following trials/hearings set for **Monday August 13, 2001**:

1) No. 52185; State of Texas v. Freddie Jones; A Municipal Court hearing in San Patricio County, Texas;

2) Cause No. 01-CR-239; State of Texas v. John Crutchfield, III; A pretrial docket in Calhoun County, Texas;

3) Cause No. B-01-052; Karen Brooks v. UnumProvident Corporation and Unum Life Insurance Company of America; A pretrial conference in Cameron County, Texas;

4) Cause No. 99-CR-2449-F; State of Texas v. Ronnie Ingleston; A trial in Nueces County, Texas;

5) Cause No. 99-CR-1873-F; State of Texas v. Johnny Cano; A trial in Nueces County, Texas.

I will keep the court's informed. Currently, I intend to appear at the following pretrial conference: Cause No. B-01-052; Karen Brooks v. UnumProvident Corporation and Unum Life Insurance Company of America. I will then appear in the 214th District Court of Nueces County, Texas for the Ingleston and Cano felony trials. My office number is (361) 888-6968; my cell number is (361) 549-0552.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by regular mail to the following:

Original to:  District Clerk  
Nueces County Courthouse  
901 Leopard  
Corpus Christi, Texas 78401  

Clerk of Court  
United States District Court  
Southern District Brownsville Division  
600 E. Harrison #101  
Brownsville, Texas 78520  

County Clerk  
211 S. Ann Street  
Port Lavaca, Texas 77979  

Municipal Court  
Port Aransas  
P. O. Box 1330  
Port Aransas, Texas 78373  

Copy to:  District Attorney-Nueces County  
Mr. Andrew Whittaker  
County Attorney-Port Lavaca  
Municipal Court Attorney  

Signed on this _____ day of _____, 2001.

Respectfully submitted,

_____  
Mark A. Di Carlo  
Attorney at Law  
722 Elizabeth Street  
Corpus Christi, Texas 78404  
(361) 888-6968  
(361) 888-6981 FAX No.  
TX State Bar No. 05812510  
Southern District I.D. No. 6839