9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Brooks, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-52 |
| UNUM Provident Corp., et al | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on August 9, 2001 the Court **GRANTED IN PART** and **DENIED IN PART** the Defendants' Motion to Collect Costs and for Stay [Dkt. No. 4]. The Court stays this lawsuit pursuant to Federal Rule of Civil Procedure 41(d) until the Plaintiff pays the $4,773.19 in costs incurred in the first lawsuit. The Defendants' request for attorney's fees incurred in the first lawsuit is denied. Once the Plaintiff pays the $4,773.19 in costs, the Parties are ordered to immediately notify the Court of that fact through a joint memorandum.

The initial pretrial conference set for Monday, August 13, 2001 is cancelled. The Court will reset the initial pretrial conference once it receives notice that the Plaintiff has paid the $4,773.19 in costs. If the Court does not receive notice that payment has been made within thirty days the Court will set the case for a status conference.

DONE at Brownsville, Texas, this 9th day of August 2001.

_____
Hilda G. Tagle
United States District Judge