

/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 20 2001
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-052 |
| UNUM PROVIDENT CORPORATION AND UNUM LIFE INSURANCE COMPANY OF AMERICA | § § § § | |

## JOINT MEMORANDUM AND NOTICE TO COURT

1. Plaintiff, Karen Brooks on this 16th day of August, 2001 forwarded $4,773.19 as ordered by the Honorable District Judge Hilda G. Tagle to Mr. Andrew C. Whitaker by Check No. 2089 for payment in costs of the previous lawsuit Cause No. B-00-029.

2. Mr. Andrew C. Whitaker has agreed to forward payment to all appropriate agents to and for the defendants.

## CERTIFICATE OF SERVICE AND
## CERTIFICATE OF CONSULTATION

Counsel faxed a copy of this document to (214) 939-2090 and will forward a copy by regular to Mr. Andrew C. Whitaker, FIGARI, DAVENPORT & GRAVES 3400 Bank of America Plaza, 901 Main Street, LB 125, Dallas, Texas 75202-3796 on this 16th day of August, 2001.

Respectfully submitted,

_____
Mark A. Di Carlo
722 Elizabeth St.
Corpus Christi, Texas  78404
(361) 888-6968
(361) 888-6981 Fax
State Bar No.: 05812510
Southern District I.D. No.  6839