*11*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

KAREN BROOKS § 
§ 
§ 
versus § CIVIL ACTION NO: B: 01-052
§ 
§ 
UNUM PROVIDENT CORPORATION §
AND UNUM LIFE INSURANCE §
COMPANY OF AMERICA

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

<u>**October 15, 2001 at 2:30 p.m.**</u>

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas 78520

Signed on _August 23_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge