/ 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO (1) APPEAR AT INITIAL
## PRETRIAL CONFERENCE BY TELEPHONE AND
## (2) CHANGE DATE OF INITIAL PRETRIAL CONFERENCE

Plaintiff Karen Brooks ("Brooks") and Defendants UnumProvident Corporation and

Unum Life Insurance Company of America ("Unum Life") (collectively, "Defendants") file this

joint motion to appear at the initial pretrial conference by telephone and to change the date

of such conference and, in support thereof, state:

1.    Nature of the Action. This is a suit to recover benefits under a disability income

policy issued by Unum Life. Brooks claims that she became disabled from her occupation of

podiatric surgeon due to back and leg pain secondary to a herniated disk that resulted from

her fall in her bathtub. Unum Life paid benefits to Brooks for several months but then closed

her claim.

2.     <u>The Initial Pretrial Conference</u>.  In its Order Setting Conference entered August 23, 2001, the Court ordered counsel to appear for the initial pretrial conference at 2:30 p.m. on October 15, 2001.

3.     <u>Defendants' Counsel's Unavailability</u>.  Andrew Whitaker ("Whitaker"), the counsel for Defendants primarily responsible for this action, has a prepaid vacation scheduled for October 10-21, 2001 and is thus unavailable on October 15, 2001.  Defendants respectfully request that the initial pretrial conference be rescheduled to a date on which Whitaker can participate.

4.     <u>Participation by Telephone</u>.  The Civil Procedures for the Court, which are available on the website for the United States District Court for the Southern District of Texas, provide that out-of-town counsel may request permission to appear by telephone at a hearing or conference.  Counsel for Brooks and counsel for Defendants thus request permission to appear at the initial pretrial conference by telephone.

5.     <u>Relief Requested</u>.  Brooks and Defendants respectfully request that the Court reschedule the initial pretrial conference from its current setting of October 15, 2001 and that their counsel be allowed to appear at such conference by telephone.

**JOINT MOTION TO (1) APPEAR AT INITIAL**
**PRETRIAL CONFERENCE BY TELEPHONE AND**
**(2) CHANGE DATE OF INITIAL PRETRIAL CONFERENCE - Page 2**

Respectfully submitted,

By:  *Mark Di Carlo*  *by ACW with permission see attached*
Mark A. Di Carlo
State Bar No. 05812510
S.D. No. 6839
Attorney-In-Charge

722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
KAREN BROOKS

By:  *Andrew C Whitaker*
Andrew C. Whitaker
State Bar No. 21274600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

JOINT MOTION TO (1) APPEAR AT INITIAL
PRETRIAL CONFERENCE BY TELEPHONE AND
(2) CHANGE DATE OF INITIAL PRETRIAL CONFERENCE - Page 3

Respectfully submitted,

By: _____
Mark A. Di Carlo
State Bar No. 05812510
S.D. No. 6839
Attorney-In-Charge

722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
KAREN BROOKS

By: _____
Andrew C. Whitaker
State Bar No. 21274600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

JOINT MOTION TO (1) APPEAR AT INITIAL
PRETRIAL CONFERENCE BY TELEPHONE AND
(2) CHANGE DATE OF INITIAL PRETRIAL CONFERENCE - Page 3