*13*

United States District Court
Southern District of Texas
FILED

SEP 0 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA | § | |

## PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURE

1.    Name, addresses and telephone numbers of each individual likely to have

discoverable information:

R.W. Arm Strong
R W. Arm Strong & Associates
2600 Old Alice Road
Brownsville, Texas 78521-1450
(956) 546-5556

Armstrong formerly represented Brooks regarding his communications with UNUM Life
on Brooks' behalf.

Patricia A. Hernandez
117 East Price Road
Brownsville, Texas 78521
(956) 541-9001

Hernandez formerly represented Brooks and may have knowledge regarding her
communications with UNUM Life on Brooks' behalf.

Sam J. Allen, D.C.
1st Rio Valley Medical, P.A.
805 Old Port Isabel Road
Brownsville, Texas 78521
(956) 504-2273

Dr. Allen provided chiropractic treatment to Brooks and may have knowledge regarding
her condition and records.

Keolanui G. Chun, M.D.
Texas Back Institute
6300 West Parker Road
Plano, Texas 75093
(972) 608-5000

Dr. Chun provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Stephen N. Hochschuler, M.D.
Texas Back Institute
6300 West Parker Road
Plano, Texas 75093
(972) 608-5000

Dr. Hochschuler provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Robert S. Howell, D.C.
1st Rio Valley Medical, P.A.
805 Old Port Isabel Road
Brownsville, Texas 78521
(956) 504-2273

Dr. Howell provided chiropractic treatment to Brooks and may have knowledge regarding her condition and records.

Patrick R. McAllister, M.D., Ph.D.
San Antonio South Medical Center
415 S.W. Military Drive
San Antonio, Texas 78221
(210) 923-3341

Dr. McAllister provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Madhavan Pisharodi, M.D.
Madhavan Pisharodi, M.D., P.A.
942 Wildrose Lane
Brownsville, Texas 78520
(956) 541-6725

Dr. Pisharodi provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

John A. Wells, M.D.
Valley Pain Center
844 Central Boulevard, Suite 360
Brownsville, Texas 78520
(956) 541-9824

Dr Wells provided medical treatment to Brooks and may have knowledge regarding her medical condition and records.

Custodian of Records
Columbia Valley Regional Medical Center
100 A Alton Gloor Road
Brownsville, Texas 78521

The Custodian may have knowledge regarding the records of Columbia Valley Regional Medical Center pertaining to Brooks.

David K.Dretke
David K. Drefke, P.C.
5401 North Tenth Street, Suite 105
McAllen, Texas 78504-2752

Drefke is one of the accountants for Brooks and the PA and may have knowledge regarding their finances and financial records.

Fred Myers, CPA, CFP, CLU
Fred Myers, CPA, P.C.
1411 West Avenue, Suite 100
Austin, Texas 78701
(512) 457-8555

Myers is one of the accountants for Brooks and the PA and may have knowledge regarding their finances and financial records and their insurance matters.

John Williams
John Williams, PC, CPA
923 East 13th Street
Weslaco, Texas 78596

Williams is one of the accountants for Brooks and the PA and may have knowledge regarding their finances and financial records.

Custodian of Records
Zamora & Terrones, CPAs
173 East Price Road
Brownsville, Texas 78521

The Custodian may have knowledge regarding the records of Zamora & Terrones, CPAs regarding Brooks and the PA pertaining to their finances and financial condition.

Olivia Garcia
Jose Gonzalez
Antonio Mendoza
John Middleton
Frances Olivares
Gracie Rodriguez

Karen E. Brooks, D.P.M., P.A.
615 Villa Maria Boulevard
Brownsville, Texas 78520

These individuals may have knowledge regarding their employment and/or affiliation with the PA and Brooks' activities before and after her fall in May 1998.

Custodian of Records
Karen E. Brooks, D.P.M., P.A.
615 Villa Maria Boulevard
Brownsville, Texas 78520

The Custodian may have knowledge regarding the records of the PA pertaining to its structure, history, finances, and financial condition.

Jan Behm
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

Behm may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Nell Bratcher, MA, RN, CNAA
Chief Nursing Officer
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

Bratcher may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Maria Castellion
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

Castellion may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Mike Marchand
Brownsville Medical Center
1040 West Jefferson Street Brownsville, Texas 78523-3590
(210) 544-1400

Marchand may have knowledge regarding the surgeries performed by and other activities of Brooks at Brownsville Medical Center.

Custodian of Records
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78523-3590
(210) 544-1400

The Custodian may have records regarding the records of Brownsville Medical Center pertaining to Brooks and her activities.

Custodian of Records Berkshire Life Insurance Company

The Custodian may have knowledge regarding the records of Berkshire Life Insurance Company pertaining to Brooks and her policy no. 110346337.

The Custodian may have knowledge regarding the records of Minnesota Mutual Life Insurance Company pertaining to Brooks and her policy no. 212680211

Custodian of Records
Professional Benefits Insurance Company
10835 Rocky
Houston, Texas 77099

The Custodian may have knowledge regarding the records of Professional Benefits
Insurance Company pertaining to Brooks.

Louis A. Campbell, Peace Officer-Investigator
Texas Department of Insurance
333 Guadalupe Street
P.O. Box 149104
Austin, Texas 78714-9104
(512) 463-6169

Campbell may have knowledge regarding the Texas Department of Insurance's
investigation of Brooks.

Susan Marx
Compliance Specialist
Texas Department of Insurance
333 Guadalupe Street
P O. Box 149104
Austin, Texas 78714-9104
(512) 463-6169

Marx may have knowledge regarding the Texas Department of Insurance's investigation
of Brooks.

Rick L. Perkins
Legal & Compliance Intake Unit
Texas Department of Insurance
333 Guadalupe Street
P O. Box 149104
Austin, Texas 78714-9104(512) 463-6169

Perkins may have knowledge regarding the Texas Department of Insurance's
investigation of Brooks.

Oscar A. Cartaya, M.D.
Health Resources and Technology, Inc.
420 Boylston Street, Suite 310
Boston, Massachusetts 02101
(617) 424-1711

Dr. Cartaya reviewed certain medical records pertaining to Brooks and provided UNIJM
Life with a report of his findings.

> Cynthia Bellefountaine
> UNUM Life Insurance Company of America
> 2211 Congress Street
> Portland, Maine 04122
> (207) 575-2211

Bellefountaine assisted in UNUM Life's investigation of Brooks' claim.

> Jim Bilodeau
> UNTJM Life Insurance Company of America
> 2211 Congress Street
> Portland, Maine 04122
> (207) 575-2211

Bilodeau assisted in UNIJM Life's investigation of Brooks' claim

> Nancy E. Bogg, VCM
> UNUM Life Insurance Company of America
> 2211 Congress Street
> Portland, Maine 04122
> (207) 575-2211

Bogg assisted in UNUM Life's investigation of Brooks' claim.

> Constance M. Cardamone
> UNUM Life Insurance Company of America
> 2211 Congress Street
> Portland, Maine 04122
> (207) 575-2211

Cardamone assisted in UNUM Life's investigation of Brooks' claim

> Jon Colson
> UNUM Life Insurance Company of America
> 2211 Congress Street
> Portland, Maine 04122

Colson assisted in UNUM Life's investigation of Brooks' claim.

Marie Cutting, RN, BSN, CRRN
P O. Box 191
Sebago, Maine 04029

Cutting, who was formerly employed by UNUM Life, assisted in UNUM Life's
investigation of Brooks' claim.

Richard G. Day, M.D.
UNLIM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Dr. Day assisted in UNUM Life's investigation of Brooks' claim.

Shannon Denbow
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Denbow assisted in UNUM Life's investigation of Brooks' claim.

Denise Houser
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Houser assisted in UNUM Life's investigation of Brooks' claim.

Karen Keene
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Keene assisted in UNUM Life's investigation of Brooks' claim.

Dom Lagravinese
(address and telephone number unknown)

Lagravinese, who was formerly employed by UNUM Life, assist in UNUM life's
investigation of Brooks' claim.

Nancy L. Minor
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Minor assisted in UNUM Life's investigation of Brooks' claim.

Nancy K. Olds
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Olds assisted in UNUM Life's investigation of Brooks' claim.

Sean Sullivan
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

Sullivan assisted in UNUM Life's investigation of Brooks' claim

Sheldon White
UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
(207) 575-2211

White assisted in UNUM Life's investigation of Brooks' claim

Dr. Dove
Dr. Bendal
Dr. Middleton
Dr. Decuir
Dr. Overbeek
Dr. Dervir
Dr. Overton
Dr. Shah

Addresses and telephone numbers unknown.
Podiatric residents who performed surgeries under Dr. Brooks' supervision. .Pos.Sess
information indicating the Dr. Brooks did not, in fact, perform certain surgeries herself.

Lori Bendle

Anthony DeCoir, Jr.

Cyandi Dove

Troy Overbeck

Susan Warner

Dr. Shal

Edela Estrada 956/544-6335
Dr Katie Gaul

Dr Raul Maldonado

Dr John Middleton

Dr Michael Metzer

Dr Oscar Etuk

Dr Charles Hartley

Dr Paul Kinberg

Dr Tina Oliver

Dr Larry Harkless

Additional health care providers (addresses and telephone numbers will be supplemented):

Dr William Valverde

Dr Susan Ander
956/300-4647

Dr Nelso Pacheco
956/504-1322

Justo Cisneros
831 Ridgewood
Brownsville,Tx. 78520

Friends and Family who have knowledge of Plaintiff's pain and suffering (Addresses and Telephone numbers will be supplemented):

    Kathy & Bill Russell
    718/527-4667

    Frank & Lori Balanos

    Drs. Yvonne & Alex Sudarshan

    Mrs. Minerva Richer

    Mr. & Mrs. Fred Rissand
    516/593-3369

    Ms Donna Young
    203/327-1118

    Mr. & Mrs. Juan Valles
    956/399-4517

    York & Helane Battey
    212/831-1123

    Wendell P. Brooks
    718/352-6267

    Linda J Brock
    956/399-6411

    Father Art Brivins
    956/350-3348

Doctors who covered at the office (Addresses and Telephone Numbers will be supplemented):

    Dr Jose Ayala
    956/550-9480

    Dr Marco Ardila

    Dr Joseph Bender

    Dr Tom Brooks

Dr. Joseph Caparuso

Dr. Javier Cavazos

2.     A copy of or a description by category and location of all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the party may use to support their claims:  Ms. Brooks took out a long term disability insurance policy contract.  UNUM has the contract in its possession.  Ms. Brooks became injured and documents were generated by UNUM which established that she was disabled .  UNUM has those documents in their possession because they forwarded the documents to Ms. Brooks.  Health care providers are known to UNUM for injuries on her back and UNUM should have such documents.  The major documents are attached to the "Plaintiff's Complaint" in **Exhibit A-N**.


3.     A computation of the category of damages claimed:  Ms. Brooks damages are as follows:  Breach of Contract.   Dr. Brooks sues for $6,000.00 per month from February 15, 1999 through the date of the trial is $150,000.00 plus reasonable and necessary attorney's fees of $150.00 per hour plus costs of court and/or 40% of the entire amount paid.  Claimant is at least 20% disabled and should be receiving the percentage of disability times her monthly benefits of $6,000.00 per month:  that is anywhere from $1,200.00 per month to approximately $4,800.00 per month.  The plaintiff sues for violation of  the Texas Insurance Code Article 21.21.  The plaintiff alleges violations of 17 46 of the Texas Business and Commerce Coded.  The plaintiff sues for:  (1) The costs of actual damages; (2) Court costs; (3) Necessary and reasonable attorney's fees at $150.00 per hour; (4) Three times the amount of actual damages;  Exemplary damages under the Texas Civil Practice and Remedies Code § 41.008 for two times the amount of economic damages plus an amount equal to noneconomic damages up to $750,000.00 or $200,000.00; (5) Damages for future medical treatment of $5,000

4.      The identity of any person who may be used at trial to present evidence under Federal Rule of Evidence 702, 703, 705:  **See Number 1**.


5.      Disclosures of written reports by retained or specially employed experts:  No written reports were employed by the defendant in anticipation of litigation.  Medical providers were treating doctors:

      a.  Dr. John Wells
         Brownsville, Texas

      b   Dr. Madhavan Pisharodi
         Brownsville, Texas

      c   Dr. Sam Allen (chiropractor)
         Brownsville, Texas

      d.  Dr. Stephen N. Hochschuler
         Plano, Texas

      e.  Dr. Brent Klyde
         Harlingen, Texas

      f   Dr. Robert Lozano
         Brownsville, Texas

      g.  Dr. Florina Dawazo

      h   Dr. William Valverde

      i.  Dr. Nelso Pacheco

      j.  Dr. John Summerville


6.      The name, addresses and telephone number of each witness; an identification of the party experts to present; and those whom the party may call if the need arises:  **See Number 1**.

7.     The designation of these witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.  Because it is very difficult to have medical doctors testify Ms. Brook's treating doctors may testify by deposition.

a.  Dr. John Wells
    Brownsville, Texas

b.  Dr. Madhavan Pisharodi
    Brownsville, Texas

c   Dr. Sam Allen (chiropractor)
    Brownsville, Texas

d   Dr  Stephen N. Hochschuler
    Plano, Texas

e.  Dr. Brent Klyde
    Harlingen, Texas

f.  Dr. Robert Lozano
    Brownsville, Texas

g.  Dr. Florina Dawazo

h.  Dr. William Valverde

i   Dr. Nelso Pacheco

j   Dr. John Summerville

## CERTIFICATE OF SERVICE AND
## CERTIFICATE OF CONSULTATION

Counsel faxed a copy of this motion to (214) 939-2090 and will forward a copy

by Certified Mail, Return Receipt Requested to Mr. Andrew C. Whitaker, FIGARI,

DAVENPORT & GRAVES 3400 Bank of America Plaza, 901 Main Street, LB 125,

Dallas, Texas 75202-3796 on this _5th_ th day of ~~August~~ Sept. 2001.

Respectfully submitted,

Mark A. Di Carlo
722 Elizabeth St.
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 Fax
State Bar No.: 05812510
Southern District I.D. No. 6839