14

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| KAREN BROOKS, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action B-01-052 |
| v. § | |
| § | |
| UNUMPROVIDENT CORPORATION and § | |
| UNUM LIFE INSURANCE COMPANY § | |
| OF AMERICA § | |
| § | |
| Defendants. § | |

## ORDER

On October 2, 2001, the Court considered the Joint Motion to 1) Appear at Initial Pretrial Conference by Telephone and 2) Change Date of Initial Pretrial Conference filed in this cause. [Dkt. No. 12]. The Court hereby **GRANTS** the motion and resets the Initial Pretrial Conference for November 19, 2001 at 2:30 p.m.

DONE this 2d day of October, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com