15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 3 to 4 days.  ☐ Bench  ☒ Jury

2. New parties must be joined by: _2-4-02_

3. The plaintiff's experts will be named with a report furnished by:  June 7, 2002

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:  September 13, 2002

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************  The Court will provide these dates.  **************

6. Dispositive motions will be filed by: _10-18-02_

7. Joint pretrial order is due: _1-20-03_

*The plaintiff is responsible for filing the pretrial order on time.*

**SCHEDULING ORDER** - Page 1

8.   Docket Call and final pretrial conference is set for 1:30 p.m. on: _____2-6-03_____

9.   Jury Selection is set for 9:00 a.m. on: _____2-10-03_____

The case will remain on standby until tried.

Signed ___Jan. 10___, 2002, at Brownsville, Texas.

_____
HILDA G. TAGLE
United States District Judge

**SCHEDULING ORDER** - Page 2

Respectfully submitted,

By: _____*Mark DiCarlo*_____ *by AW with permission see attached*
Mark A. DiCarlo
State Bar No. 05812510
S.D. No. 6839

722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
KAREN BROOKS


FIGARI DAVENPORT & GRAVES, L.L.P.

By: _____*Andrew C Whitaker*_____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

**SCHEDULING ORDER** - Page 3

Respectfully submitted,

By: _____
Mark A. DiCarlo
State Bar No. 05812510
S.D. No. 6839

722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
KAREN BROOKS


FIGARI DAVENPORT & GRAVES, L.L.P.


By: _____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA