30

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Karen Brooks*

versus § § § CIVIL ACTION: B- 01-52

*Unum Provident Corp., et al* §

United States District Court
Southern District of Texas
ENTERED

## Order Setting Hearing

MAY 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   *May 28*, 2002
   at *2:30 p*.m.
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

2. Each party shall appear by the attorney in charge of the case. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on *May 14*, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge