United States District Court
Southern District of Texas
ENTERED

MAY 30 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KAREN BROOKS,<br>　　　　Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION and<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA<br>　　　　Defendants. | §<br>§<br>§ 　Civil Action B-01-052<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on May 28, 2002, after hearing argument on pending motions, the Court **DENIED** Plaintiff's Motions to Quash [Dkt. Nos. 22, 23, 27, 28 & 29]; **GRANTED** Defendants' Motion to Compel [Dkt. No. 21]; **DENIED** Defendants' Motion for Attorneys' Fees [Dkt. No. 19]; **DENIED** Plaintiff's Motion for Attorneys' Fees [Dkt. No. 20]; **GRANTED** Defendants' Motion to Compel [Dkt. No. 16]; and **GRANTED** Defendants' Motions for Attorneys Fees relating to the Motions to Quash [Dkt. Nos. 25, 26 & 31] in the amount of $4137.00 based on 19.7 hours worked at a rate of $210 per hour.

DONE this 28th day of May, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge