IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KAREN BROOKS ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | B-01-52 |
| ) | |
| UNUM PROVIDENT CORPORATION, ET AL ) | |

MOTION HEARING
BEFORE THE HONORABLE HILDA G. TAGLE
MAY 28, 2002

APPEARANCES:

For the Plaintiff:   MR. MARK DI CARLO
                     Attorney at Law
                     Corpus Christi, Texas

For the Defendants:  MR. ANDREW WHITAKER
                     Attorney at Law
                     Dallas, Texas

Transcribed by:      BRECK C. RECORD
                     Official Court Reporter
                     600 E. Harrison, Box 16
                     Brownsville, Texas 78520
                     (956) 548-2510

Captured and Transcribed by Computer - Eclipse