United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
|     Plaintiff, | § | |
| | § | Civil Action B-01-052 |
| v. | § | |
| | § | |
| UNUMPROVIDENT CORPORATION and | § | |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA | § | |
|     Defendants. | § | |

## AMENDED ORDER

BE IT REMEMBERED that on June ___5___, 2002, the Court **AMENDED** its Order of May 28, 2002 [Dkt. No. 36] awarding attorneys' fees and compelling discovery in order to clarify the amounts awarded and to set deadlines by which attorneys' fees must be paid and the compelled discovery must be provided.

In its earlier order, the Court denied Plaintiff's Motions to Quash [Dkt. Nos. 22, 23, 27, 28 & 29]; granted Defendants' Motion to Compel [Dkt. No. 21]; denied Defendants' Motion for Attorneys' Fees [Dkt. No. 19]; denied Plaintiff's Motion for Attorneys' Fees [Dkt. No. 20]; granted Defendants' Motion to Compel [Dkt. No. 16]; and granted Defendants' Motions for Attorneys Fees relating to the Motions to Quash [Dkt. Nos. 25, 26 & 31] in the amount of $4137.00 based on 19.7 hours worked at a rate of $210 per hour. At the hearing, the Court also granted attorneys' fees associated with the Motion to Compel [Dkt. No. 21] in the amount of $1,470.00 based on 7 hours worked at a rate of $210 per hour. **SO ORDERED**.



Plaintiff is **ORDERED** to pay the attorneys' fees no later than _July 15_, 2002.

Plaintiff is **ORDERED** to provide the compelled discovery no later than _July 15_, 2002.

DONE this _5th_ day of June, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge