IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' RESPONSE TO (1) PLAINTIFF'S OBJECTION TO DEFENDANTS' LETTER TO THE COURT DATED JUNE 4, 2001, (2) PLAINTIFF'S MOTION FOR REHEARING, AND (3) PLAINTIFF'S MOTION FOR REFERRAL OF DISCOVERY MATTERS TO MAGISTRATE JUDGE**

Defendants UnumProvident Corporation ("UnumProvident") and Unum Life Insurance Company of America ("Unum Life") (collectively, "Defendants") file this response to Plaintiff's Objection to Defendants' Letter to the Court Dated June 4, 2001 (the "Objection"), Plaintiff's Motion for Rehearing (the "Motion for Rehearing"), and Plaintiff's Motion for Referral of Discovery Matters to Magistrate Judge (the "Motion for Referral") and state:

### I. INTRODUCTORY OVERVIEW

On May 28, 2002, the Court held a hearing on the pending motions in this case. One common thread in most (if not all) of the matters before the Court was the repeated efforts

of Plaintiff Karen Brooks ("Brooks") to frustrate Defendants' legitimate discovery efforts. At the hearing, after making its displeasure with Brooks' actions abundantly clear, the Court denied most (if not all) of the relief that Brooks was seeking, granted Defendants the majority of the relief that they were seeking, and awarded Defendants over $4,000 for the attorneys' fees that they had incurred as a result of Brooks' conduct. Brooks then filed the Objection, the Motion for Rehearing, and the Motion for Referral, in which she seeks reconsideration of the matters that were fully heard and ruled upon by the Court and the referral to the Magistrate Judge of future discovery disputes. For the reasons set forth below, Brooks is not entitled to any of the relief that she now seeks.

## II. ARGUMENT

### A. Defendants' Counsel's Letter Was Not Improper.

Initially, Brooks' challenges in the Objection to the propriety of the letter dated June 4, 2001[1] from Defendants' counsel to the Court's case manager all fail. According to Brooks, this letter "presents a number of issues which are unclear" and "appears to request relief from the Court not granted previously regarding issues not discussed with the counsel for the Plaintiff." As set forth in such letter, Defendants were requesting the Court to clarify the Order entered May 30, 2002 (Docket No. 36), which (1) did not address some of the attorneys' fees that were seemingly awarded at the hearing and (2) did not contain a deadline for Brooks to provide the additional discovery and pay the sanctions award.

---

[1] This letter should have been dated June 4, 2002.

DEFENDANTS' RESPONSE TO (1) PLAINTIFF'S OBJECTION TO DEFENDANTS' LETTER TO THE COURT DATED JUNE 4, 2001, (2) PLAINTIFF'S MOTION FOR REHEARING, AND (3) PLAINTIFF'S MOTION FOR REFERRAL OF DISCOVERY MATTERS TO MAGISTRATE JUDGE - Page 2

Notwithstanding Brooks' claims to the contrary, Defendants had previously requested the relief sought in this letter through the motions that they had filed and the proposed orders that they had submitted. In their letter, Defendants offered to resolve these matters through either a conference call or an amended order and to prepare a formal motion if the Court deemed it necessary. On June 5, 2002, the Court entered the Amended Order (Docket No. 38), which provided the precise clarification sought by Defendants in their counsel's letter. Brooks' challenges to this letter thus fail, and the Objection should be overruled.

## B.     Brooks Is Not Entitled to Rehearing.

Moreover, Brooks is not entitled to rehearing of any of the matters previously ruled upon by the Court. On May 15, 2002, the Court entered the Order Setting Hearing (Docket No. 30), which scheduled a hearing before the Court on May 28, 2002 to "decide pending motions, narrow issues, inquire about expected motions, and schedule discovery." In the Motion for Rehearing, Brooks asserts that she "was not certain what matters were pending." Of course, Brooks ignores that her counsel could, by the mere expedient of reviewing his files, have determined which motions were pending. In addition, Brooks could have done what Defendants did -- download the docket sheet for this case from the Southern District's website.[2] Simply put, Brooks should have known which motions were pending.

---

[2] A true and correct copy of the docket sheet is attached hereto as Exhibit A. This docket sheet directly refutes Brooks' insinuation that the Court had somehow provided Defendants (but not her) with a record of the matters that were to be heard.

**DEFENDANTS' RESPONSE TO (1) PLAINTIFF'S OBJECTION TO DEFENDANTS' LETTER TO THE COURT DATED JUNE 4, 2001, (2) PLAINTIFF'S MOTION FOR REHEARING, AND (3) PLAINTIFF'S MOTION FOR REFERRAL OF DISCOVERY MATTERS TO MAGISTRATE JUDGE - Page 3**

Additionally, Brooks' complaint that she and her counsel were denied access to the courtroom until 2:30 p.m. does not entitle her to rehearing. The hearing began as scheduled at 2:30 p.m., and Brooks' counsel was in the courtroom during all substantive discussions. The ill-preparedness of her counsel does not entitle her to the relief that she now seeks, and the Motion for Rehearing should be denied.

### C.    The Court Should Not Refer Pretrial Matters to the Magistrate Judge.

Finally, the Court should not refer all pretrial matters to the Magistrate Judge. By virtue of its preparation for and participation in the May 28, 2002 hearing, the Court is now intimately familiar with the matters in dispute in this case and Brooks' conduct during discovery. The Court is thus in a much better position than the Magistrate Judge would be to address any future disputes that may arise. Moreover, the parties would have the right, under 28 U.S.C. § 636(b)(1), to appeal any of the Magistrate Judge's rulings to the Court, which would then consider the matter *de novo*. Judicial economy would not be served by the Motion for Referral, and the Court should thus continue to hear the pretrial matters in this case.

### III. CONCLUSION

Defendants respectfully request that the Court overrule the Objection and deny both the Motion for Rehearing and the Motion for Referral.

DEFENDANTS' RESPONSE TO (1) PLAINTIFF'S OBJECTION TO DEFENDANTS' LETTER TO THE COURT DATED JUNE 4, 2001, (2) PLAINTIFF'S MOTION FOR REHEARING, AND (3) PLAINTIFF'S MOTION FOR REFERRAL OF DISCOVERY MATTERS TO MAGISTRATE JUDGE - Page 4

Respectfully submitted,

By: _____
Andrew C. Whitaker
State Bar No. 21274600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Mark A. Di Carlo, La Solana Building, 722 Elizabeth Street, Corpus Christi, Texas 78704, on this 17th day of June, 2002.

_____
Andrew C. Whitaker

Case 1:01-cv-00052  Document 41  Filed in TXSD on 06/18/2002  Page 6 of 10
U.S. District Court Web PACER (v2.3-TXSD) Docket Report                Page 1 of 5

Docket as of May 23, 2002 8:00 pm                    Web PACER (v2.3-TXSD)

# U.S. District Court
## TXS - Southern District of Texas (Brownsville)

# CIVIL DOCKET FOR CASE #: 01-CV-52

## Brooks v. UNUM Provident Corp, et al

Filed: 03/29/01
Assigned to: Judge Hilda G Tagle
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 110
Lead Docket: None
Jurisdiction: Federal Question
Cause: 28:1332 Diversity-Insurance Contract

```
KAREN BROOKS                         Mark Anthony Di Carlo
    plaintiff                        361-888-6981
                                     [COR LD NTC]
                                     Attorney at Law
                                     722 Elizabeth St
                                     Corpus Christi, TX 78404
                                     361-888-6968
  v.
UNUM PROVIDENT CORP                  Andrew C Whitaker
    defendant                        214-939-2090 fax
                                     [COR LD NTC]
                                     Figari Davenport et al
                                     901 Main St
                                     Ste 3400
                                     Dallas, TX 75202
                                     214-939-2000
UNUM LIFE INSURANCE COMPANY OF       Andrew C Whitaker
AMERICA                              214-939-2090 fax
    defendant                        [COR LD NTC]
                                     Figari Davenport et al
                                     901 Main St
                                     Ste 3400
                                     Dallas, TX 75202
                                     214-939-2000
UNUM PROVIDENT CORP                  Andrew C Whitaker
    counter-claimant                 214-939-2090 fax
                                     [COR LD NTC]
                                     Figari Davenport et al
                                     901 Main St
                                     Ste 3400
                                     Dallas, TX 75202
                                     214-939-2000
UNUM LIFE INSURANCE COMPANY OF       Andrew C Whitaker
AMERICA                              (See above)
    counter-claimant                 [COR LD NTC]
  v.
KAREN BROOKS                         Mark Anthony Di Carlo
    counter-defendant                361-888-6981
                                     [COR LD NTC]
```



EXHIBIT A

```
                              Attorney at Law
                              722 Elizabeth St
                              Corpus Christi, TX 78404
                              361-888-6968
```

# DOCKET PROCEEDINGS

Click on the 📄 Icon to View the Document Display Cost.

DATE      # IMG           DOCKET ENTRY

3/29/01   1      📄   COMPLAINT by Karen Brooks filed;  FILING FEE $ 150.00
                     RECEIPT # 114896 (og) [Entry date 04/03/01]

3/29/01   --         SUMMONS issued for UNUM Provident Corp, UNUM Life Insurance
                     (og) [Entry date 04/03/01]

3/29/01   2      📄   Order setting Initial Pretrial and Scheduling Conference on
                     1:30 8/13/01  before Judge Hilda G. Tagle  and Order to
                     Disclose Interested Persons, filed. ( Signed by Judge Hilda
                     G. Tagle ) Parties notified. (og) [Entry date 04/03/01]

4/20/01   3      📄   ANSWER to Complaint  and COUNTERCLAIM by UNUM Provident
                     Corp, UNUM Life Insurance  (Attorney  Andrew C Whitaker)
                     against Karen Brooks  ,filed (og) [Entry date 04/23/01]

4/20/01   4      📄   MOTION to collect costs, to stay by UNUM Provident
                     Corp, UNUM Life Insurance, Motion Docket Date 5/10/01
                     [4-1] motion, [4-2] motion , filed. (og)
                     [Entry date 04/23/01]

4/20/01   5          INITIAL DISCLOSURE  by UNUM Provident Corp, UNUM Life
                     Insurance , filed. (og) [Entry date 04/23/01]

5/10/01   6      📄   OBJECTIONS AND RESPONSE by Karen Brooks  to [4-1] motion to
                     collect costs, [4-2] motion to stay , filed. (og)
                     [Entry date 05/11/01]

8/2/01    7      📄   JOINT DISCOVERY/Case Management Plan by Karen Brooks, UNUM
                     Provident Corp, UNUM Life Insurance , filed. (og)
                     [Entry date 08/03/01]

8/6/01    8      📄   DEFENSE COUNSEL NOTICE  by UNUM Provident Corp, UNUM Life
                     Insurance , filed (og) [Entry date 08/08/01]

8/9/01    9      📄   ORDER granting in part, denying in part [4-1] motion to
                     collect costs, entered. The Court stays this lawsuit until
                     the plaintiff pays the $4,773.19 in costs incurred in the
                     first lawsuit. Initial Pretrial confrence set for 08/13/01
                     is cancelled. Parties notified. ( signed by Judge Hilda G.
                     Tagle ) (larr)

8/20/01   10     📄   Joint MEMORANDUM and Notice to Court by Karen Brooks ,
                     filed. (og) [Entry date 08/21/01]

| Date | # | Entry |
|---|---|---|
| 8/23/01 | 11 | ORDER set initial pretrial conference for 2:30 10/15/01 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (og) |
| 9/4/01 | 12 | JOINT MOTION change date of initial pretrial conference, teleconference by Karen Brooks, UNUM Provident Corp , filed (og) [Entry date 09/05/01] |
| 9/6/01 | 13 | RULE 26 INITIAL DISCLOSURE by Karen Brooks , filed. (og) |
| 10/2/01 | 14 | ORDER granting [12-1] joint motion change date of initial pretrial conference granting [12-2] joint motion teleconference reset pretrial conference for 2:30 11/19/01 by telephone before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (og) [Entry date 10/03/01] |
| 10/26/01 | -- | Deadline updated; mooting [4-1] motion to collect costs, mooting [4-2] motion to stay (og) |
| 11/9/01 | 15 | MOTION for protective order by Karen Brooks, Motion Docket Date 11/29/01 [15-1] motion , filed. (og) [Entry date 11/13/01] |
| 11/16/01 | -- | RESPONSE by UNUM Provident Corp, UNUM Life Insurance to [15-1] motion for protective order , filed. (larr) [Entry date 11/19/01] |
| 11/16/01 | 16 | RESPONSE by UNUM Provident Corp, UNUM Life Insurance to [15-1] motion for protective order , filed. (larr) [Entry date 11/19/01] |
| 11/16/01 | 16 | MOTION to compel by UNUM Provident Corp, UNUM Life Insurance Andrew C Whitaker for counter-claimant UNUM Life Insurance, Motion Docket Date 12/6/01 [16-1] motion , filed. (larr) [Entry date 11/19/01] |
| 11/19/01 | 17 | Minute entry: Initial Pretrial Conference held b/Judge Tagle. Apps: Mark De Carlo f/pltf; Andrew Whittaker f/dft. [15-1] motion for protective order withdrawn f/atty DeCarlo. Reporter: Breck Record Law Clerk J Lehrman. (og) [Entry date 11/26/01] |
| 1/10/02 | 18 | ORDER set scheduling order deadlines: joining of parties, amended pleadings 2/4/02 ; Expert witness list submitted by 6/7/02, Dft's experts must be named with a report furnished within 30 days of the deposition of the pltf expert. ; Discovery cutoff 9/13/02 ; Deadline for filing all dispositive motions 10/18/02 ; Pretrial order to be submitted on or before 1/20/03 ; Docket call deadline 1:30 2/6/03 ; before Judge Hilda G. Tagle  ETT: 3-4 days;, set jury selection for 9:00 2/10/03   before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (og) |
| 1/11/02 | 19 | MOTION for attorney fees by UNUM Provident Corp, UNUM Life Insurance, Motion Docket Date 1/31/02 [19-1] motion , filed. (og) [Entry date 01/14/02] |

| Date | # | | Description |
|---|---|---|---|
| 2/12/02 | 20 | | RESPONSE by Karen Brooks to [19-1] motion for attorney fees, filed. Exhibit A thru K attached. (og) [Edit date 02/12/02] |
| 2/13/02 | 21 | | MOTION to compel by Unumprovident Corporation and Unum Insurance Co, Motion Docket Date 3/5/02 [21-1] motion, filed. (og) [Entry date 02/21/02] [Edit date 03/18/02] |
| 2/19/02 | 22 | | MOTION and Notice to quash subpoenas Deuces Tecum of Susan Ander Md, Helson Pacheco Md, Madhaven Pisharodi Md, William Valverde, Brownsville Medical Center, First Rio Valley Medical Cener, HCA Valley Regional Medical Center, Texas Back Institute, Valley Pain Center, David K Drefke, John Williams CPA and Zamora & Terrones CPA by Karen Brooks, Motion Docket Date 3/11/02 [22-1] motion, filed. (og) [Entry date 02/21/02] [Edit date 02/21/02] |
| 2/21/02 | 23 | | MOTION to quash subpoenas decues tecum by Karen Brooks. Mark Anthony Di Carlo for counter-defendant Karen Brooks, Motion Docket Date 3/13/02 [23-1] motion, filed. (lgar) [Edit date 02/25/02] |
| 2/22/02 | 24 | | REPLY by UNUM Provident Corp, UNUM Life Insurance to response to [19-1] motion for attorney fees, filed (og) [Entry date 02/25/02] [Edit date 02/25/02] |
| 2/27/02 | 25 | | RESPONSE by UNUM Provident Corp to [22-1] motion to quash subpoenas Deuces Tecum of Susan Ander Md, Helson Pacheco Md, Madhaven Pisharodi Md, William Valverde, Brownsville Medical Center, First Rio Valley Medical Cener, HCA Valley Regional Medical Center, Texas Back Institute, Valley Pain Center, David K Drefke, John Williams CPA and Zamora & Terrones CPA, filed. (og) |
| 2/27/02 | 25 | | MOTION to compel compliance with subpoenas by UNUM Provident Corp, Motion Docket Date 3/19/02 [25-1] motion, filed. (og) |
| 3/4/02 | 26 | | RESPONSE by UNUM Provident Corp, UNUM Life Insurance to [22-1] motion to quash subpoenas Deuces Tecum of Susan Ander Md, Helson Pacheco Md, Madhaven Pisharodi Md, William Valverde, Brownsville Medical Center, First Rio Valley Medical Cener, HCA Valley Regional Medical Center, Texas Back Institute, Valley Pain Center, David K Drefke, John Williams CPA and Zamora & Terrones CPA, [21-1] motion to compel, filed. (og) |
| 5/1/02 | 27 | | MOTION and Notice to quash subpoenas Deuces Tecum of Atlas Administrators an Pica Group Services by Karen Brooks, Motion Docket Date 5/21/02 [27-1] motion, filed. (og) |
| 5/1/02 | 28 | | MOTION and Notice to quash Subpoenas Deuces Tecum of Ambulatory Surgery Center of Brownsville by Karen Brooks, Motion Docket Date 5/21/02 [28-1] motion, filed. (og) |
| 5/1/02 | 29 | | MOTION and Notice to quash Subpoenas Deuces Tecum of Paul Revere Life Insurance by Karen Brooks, Motion Docket Date 5/21/02 [29-1] motion, filed. (og) |

| Date | # | | Description |
|---|---|---|---|
| 5/14/02 | 30 | | ORDER Motion hearing before Judge Hilda G. Tagle set for 2:30 5/28/02 , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (og) [Entry date 05/15/02] |
| 5/21/02 | 31 | | COMBINED RESPONSE by UNUM Provident Corp, UNUM Life Insurance to [29-1] motion to quash Subpoenas Deuces Tecum of Paul Revere Life Insurance, [28-1] motion to quash Subpoenas Deuces Tecum of Ambulatory Surgery Center of Brownsville, [27-1] motion to quash subpoenas Deuces Tecum of Atlas Administrators an Pica Group Services , filed. (ltm) |
| 5/22/02 | 32 | | MOTION to compel responses to request for production by Karen Brooks, Motion Docket Date 6/11/02 [32-1] motion , filed. Exhibita A,A-1,B,C,D,E attached. (og) [Edit date 05/22/02] |
| 5/23/02 | 33 | | MOTION for leave to file supplemental evidence by UNUM Provident Corp, UNUM Life Insurance, Motion Docket Date 6/12/02 [33-1] motion , filed. (og) |

## END OF DOCKET: 1:01cv52

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2002 12:14:16 | | | |
| PACER Login: | fi0003 | Client Code: | 07555/0258 |
| Description: | docket report | Search Criteria: | 1:01cv00052 |
| Billable Pages: | 6 | Cost: | 0.42 |

Cost displayed is for docket sheet only.