IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION and UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Defendants. | § | |

**ORDER (1) OVERRULING PLAINTIFF'S OBJECTION TO
DEFENDANTS' LETTER TO THE COURT DATED JUNE 4, 2001,
(2) DENYING PLAINTIFF'S MOTION FOR REHEARING,
AND (3) DENYING PLAINTIFF'S MOTION FOR REFERRAL
OF DISCOVERY MATTERS TO MAGISTRATE JUDGE**

Plaintiff Karen Brooks filed Plaintiff's Objection to Defendants' Letter to the Court Dated June 4, 2001 (the "Objection"), Plaintiff's Motion for Rehearing (the "Motion for Rehearing"), and Plaintiff's Motion for Referral of Discovery Matters to Magistrate Judge (the "Motion for Referral"), and Defendants UnumProvident Corporation and Unum Life Insurance Company of America (collectively, "Defendants") filed their response. The Court, having considered the Objection, the Motion for Rehearing, and the Motion for Referral and Defendants' response, and otherwise being fully advised, is of the opinion that the Objection should be OVERRULED and the Motion for Rehearing and the Motion for Referral should both be DENIED. It is therefore

ORDERED that the Objection is OVERRULED. It is further

ORDERED that the Motion for Rehearing is DENIED. It is further

ORDERED that the Motion for Referral is DENIED.

SO ORDERED.

SIGNED this ___15___ day of ___July___, 2002.

_____
UNITED STATES DISTRICT JUDGE