# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000
Fax 214-939-2090

Writer's Direct Dial Number

(214) 939-2076

Writer's E-Mail Address

awhitaker@figdav.com

September 4, 2002

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

**VIA TELECOPY**
Ms. Stella Cavazos
Case Manager for Judge Hilda G. Tagle
Federal Building
500 E. 10th Street
Brownsville, Texas 78520

Re: C.A. No. B-01-052; *Karen Brooks v. UnumProvident Corporation and UNUM Life Insurance Company of America*

Dear Ms. Cavazos:

The parties to this case participated in mediation on August 20, 2002 with Judge Romeo Flores in Corpus Christi. Although the case did not settle at the mediation, subsequent negotiations have resulted in an agreement in principal. The parties are in the process of finalizing the settlement documents, and we hope to provide the Court with the dismissal papers within the next two weeks.

Please advise if you have any questions.

Sincerely,

Andrew C. Whitaker

Andrew C. Whitaker

ACW/krp

cc: Mr. Mark A. DiCarlo *(Via Telecopy)*