IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA | § | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**

1. Plaintiff Karen Brooks, files this motion to extend the deadline for Plaintiffs to complete discovery from September 13 to November 15, 2002. There has been an oral agreement to settlement but the documents have not been tendered by the defendant, nor received by the plaintiff, nor signed by the plaintiff.

2. The plaintiff has to take at least two depositions of defendant's agents who are on the east coast. The defendant has complied with nearly no discovery requests, particularly the requests for production and the plaintiff will need these requests prior to the depositions.

3. The Scheduling Order states the parties are required to complete all discovery by September 13, 2002.

4. The Plaintiff therefore requests that the deadline for her to

complete discovery be extended from September 13, 2002 to November 15, 2002.

5.  This extension should not alter any of the other pretrial deadlines or the current February 10, 2003 trial setting.

6.  **PRAYER.** The Plaintiff respectfully requests that the court extend the deadline for her to complete discovery from September 13, 2002 to November 15, 2002.

## CERTIFICATE OF CONFERENCE AND CERTIFICATE OF SERVICE

On September 10, 2002 counsel for plaintiff provided Mr. Andrew Whitaker counsel for defendants UnumProvident Corporation ("UnumProvident") and Unum Life Insurance Company of America ("Unum Life"), with a draft of this motion to determine whether he agreed with or opposed this relief. Mr. Whitaker stated _____.

The Undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, on this 10th day of September, 2002 to the following:

Mr. Andrew Whitaker
Figari Davenport & Graves, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas  75202

Respectfully submitted,

Mark A. Di Carlo
722 Elizabeth St.
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 Fax
State Bar No.: 05812510
Southern District I.D. No. 6839