IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| KAREN BROOKS,　　　　§<br>　　　　　　　　　　　§<br>　　　Plaintiff,　　　　§<br>　　　　　　　　　　　§<br>v.　　　　　　　　　　§<br>　　　　　　　　　　　§<br>UNUM PROVIDENT CORPORATION and §<br>UNUM LIFE INSURANCE COMPANY §<br>OF AMERICA,　　　　　§<br>　　　　　　　　　　　§<br>　　　Defendants.　　　§ | Civil Action B-01-052 |

## ORDER

BE IT REMEMBERED that on September 16, 2002, the Court **STRUCK** Plaintiff's Motion to Extend the Discovery Deadline [Dkt. No. 53] for failure to provide an adequate Certificate of Conference as required by Local Rule 7.1D(1)).

DONE at Brownsville, Texas, this 16th day of September 2002.

_____
Hilda G. Tagle
United States District Judge