56

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000
Fax 214-939-2090

Writer's Direct Dial Number

(214) 939-2076

Writer's E-Mail Address

awhitake@figdav.com

September 19, 2002

**VIA TELECOPY**

Ms. Stella Cavazos
Case Manager for Judge Hilda G. Tagle
Federal Building
500 E. 10th Street
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby
Clerk of Court

Re:   C.A. No. B-01-052; *Karen Brooks v. UnumProvident Corporation and UNUM Life Insurance Company of America*

Dear Ms. Cavazos:

Please be advised that the parties to this case have agreed on the terms of the settlement agreement and the dismissal papers and are in the process of obtaining the necessary signatures. We expect to provide the Court with the dismissal paperwork within the next two weeks.

Please advise if you have any questions.

Sincerely,

Andrew C. Whitaker

Andrew C. Whitaker

ACW/krp

cc:   Mr. Mark A. DiCarlo *(Via Telecopy)*