IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on September 25, 2002, having received information that both parties have orally agreed to settlement, the Court **DENIED** the Amended Motion to Extend Discovery Deadline and **ORDERED** the Parties to submit the Notice of Settlement by October 4, 2002, at 5:00 p.m.

DONE this 25th day of September, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000

Writer's Direct Dial Number
214-939-2076

Telecopiers: 214-939-2090
214-939-2091

*FILED*
02 SEP 19 PM 4: 46
MICHAEL N. MILBY, CLERK

## FAX INFORMATION SHEET

September 19, 2002

TO:             Ms. Stella Cavazos

COMPANY:        Case Manager for
                Judge Hilda G. Tagle

FAX NUMBER:     (956) 548-2598

PHONE NUMBER:   (956) 548-2628

FROM:    Andrew C. Whitaker

NUMBER OF PAGES: 2 (including transmittal page)

CLIENT/MATTER NO: 76/07555/0258

### WARNING: PRIVILEGED AND CONFIDENTIAL MATERIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL, PRIVILEGED, AND EXEMPT FROM DISCLOSURE TO THIRD PERSONS AND IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE RECIPIENT OR READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY RETENTION, DISSEMINATION, DISTRIBUTION, COPYING, OR UNAUTHORIZED USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE (214-939-2000), AND ALSO RETURN THE FACSIMILE AND ANY COPIES THEREOF TO THE SENDER AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. ALL POSTAL EXPENSES WILL BE PAID BY SENDER. THANK YOU.

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000
Fax 214-939-2090

Writer's Direct Dial Number

(214) 939-2076

Writer's E-Mail Address

awhitaker@figdav.com

September 19, 2002

*TT's Amended H. to Extend Discovery Deadline - certified mail on Sept. 18, 2002. →*

**VIA TELECOPY**
Ms. Stella Cavazos
Case Manager for Judge Hilda G. Tagle
Federal Building
500 E. 10th Street
Brownsville, Texas 78520

Re:  C.A. No. B-01-052; *Karen Brooks v. UnumProvident Corporation and UNUM Life Insurance Company of America*

Dear Ms. Cavazos:

Please be advised that the parties to this case have agreed on the terms of the settlement agreement and the dismissal papers and are in the process of obtaining the necessary signatures. We expect to provide the Court with the dismissal paperwork within the next two weeks.

Please advise if you have any questions.

Sincerely,

Andrew C. Whitaker

ACW/krp

cc: Mr. Mark A. DiCarlo *(Via Telecopy)*



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-052 |
| | § | |
| UNUM PROVIDENT CORPORATION | § | |
| AND UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA | § | |

## PLAINTIFF'S AMENDED MOTION TO EXTEND DISCOVERY DEADLINE

1.  Plaintiff Karen Brooks, files this amended motion to extend the deadline for Plaintiffs to complete discovery from September 13 to November 15, 2002. 

2.  The plaintiff has to take at least two depositions of defendant's agents who are on the east coast. The defendant has complied with nearly no discovery requests, particularly the requests for production and the plaintiff will need these requests prior to the depositions.

3.  The Scheduling Order states the parties are required to complete all discovery by September 13, 2002. The plaintiff's Motion to Extend Discovery Deadlines was struck by the court because of the inadequacy of the Certificate of Consultation.

4.  The Plaintiff therefore requests that the deadline for her to complete discovery be extended from September 13, 2002 to November 15, 2002.

5.  This extension should not alter any of the other pretrial deadlines or the current February 10, 2003 trial setting.

6.  **PRAYER.** The Plaintiff respectfully requests that the court extend the deadline for her to complete discovery from September 13, 2002 to November 15, 2002.

**CERTIFICATE OF CONFERENCE
AND CERTIFICATE OF SERVICE**

On September 10, 2002 counsel for plaintiff provided Mr. Andrew Whitaker counsel for defendants UnumProvident Corporation ("UnumProvident") and Unum Life Insurance Company of America ("Unum Life"), with a draft of this motion to determine whether he agreed with or opposed this relief.

Undersigned counsel has not heard from Mr. Whitaker as of September 18, 2002 and he is opposed of this motion. Therefore, a copy of the motion has been sent by certified mail, return receipt requested, on this ____ day of September, 2002 to the following:

Mr. Andrew Whitaker
Figari Davenport & Graves, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas  75202

Respectfully submitted,

Mark A. Di Carlo
722 Elizabeth St.
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 Fax
State Bar No.: 05812510
Southern District I.D. No. 6839

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-052 |
| UNUM PROVIDENT CORPORATION AND UNUM LIFE INSURANCE COMPANY OF AMERICA | § § § § | |

**ORDER**

The foregoing **Plaintiffs Amended Motion to Extend Discovery Deadline** was considered on the _____ day of _____, 2002 and it appears to the court that it should be GRANTED/DENIED.

SIGNDED this _____ day of _____, 2002.

_____
Judge Presiding