58

# FIGARI DAVENPORT & GRAVES

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214-939-2000
Fax 214-939-2090

Writer's Direct Dial Number

(214) 939-2076

Writer's E-Mail Address

awhitaker@figdav.com

October 4, 2002

United States District Court
Southern District of Texas
FILED

OCT 0 7 2002

Michael N. Milby
Clerk of Court

**VIA TELECOPY**
Ms. Stella Cavazos
Case Manager for Judge Hilda G. Tagle
Federal Building
500 E. 10th Street
Brownsville, Texas 78520

Re:   C.A. No. B-01-052; *Karen Brooks v. UnumProvident Corporation and UNUM Life Insurance Company of America*

Dear Ms. Cavazos:

We represent and write on behalf of the defendants in this case. By letter dated September 19, 2002, we advised you that the parties had agreed on the terms of the settlement and were in the process of obtaining the necessary signatures. Unfortunately, subsequent changes to the terms of our agreement have resulted in a short delay in obtaining the necessary signatures. In the Order entered September 25, 2002, the Court gave the parties until 5:00 p.m. today to submit the Notice of Settlement. If at all possible, we would ask the Court to extend this deadline until October 11, 2002 to give the parties additional time to submit the dismissal paperwork.

Thank you for your assistance in this matter, and please do not hesitate to call if you have any questions.

With best regards, I am

Very truly yours,

Andrew C. Whitaker

ACW/krp
cc:   Mr. Mark A. DiCarlo *(Via Telecopy)*