59

SEP 20 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. B-01-052 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Karen Brooks ("Brooks") and Defendants UnumProvident Corporation and Unum Life Insurance Company of America (collectively, "Defendants"), by and through their counsel, announce to the Court that the matters in controversy herein have been settled. In accordance with the Settlement Agreement and Release executed by the parties, the parties stipulate as follows:

1.      That all claims, demands, debts, or causes of action asserted or assertable herein by Brooks against Defendants be DISMISSED WITH PREJUDICE;

2.      That all claims, demands, debts, or causes of action asserted or assertable herein by Defendants against Brooks be DISMISSED WITH PREJUDICE;

3.      That Brooks' coverage under Master Policy RXN1022 and Certificate No. 0007913 be CANCELLED and no longer of any force or effect; and

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1

4.    That all attorneys' fees and court costs be taxed against the party incurring them.

STIPULATED TO AND APPROVED BY:

Mark A. Di Carlo
State Bar No. 05812510
S.D. No. 6839
Attorney-In-Charge
722 Elizabeth Street
Corpus Christi, Texas 78404
(361) 888-6968
(361) 888-6981 (telecopy)

ATTORNEYS FOR PLAINTIFF
KAREN BROOKS

Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

**STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 2**