IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| KAREN BROOKS,<br><br>  Plaintiff,<br><br>v.<br><br>UNUM PROVIDENT CORPORATION and<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA<br><br>  Defendants. | §§§§§§§§§§§§§§§§<br><br>Civil Action B-01-052 |

## ORDER

BE IT REMEMBERED that on December 9, 2002, having received from counsel, Mark DiCarlo, notification that he has a scheduling conflict on December 17, 2002, the Court RESCHEDULED the show cause hearing to January _13_, 2003 at _2:00_ p.m.

DONE this 9th day of December, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge