IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KAREN BROOKS, §
 §
Plaintiff, §
 §
 § Civil Action B-01-052
v. §
 §
UNUM PROVIDENT CORPORATION and §
UNUM LIFE INSURANCE COMPANY §
OF AMERICA §
 §
Defendants. §

## ORDER

Be it REMEMBERED, that on January 13, 2003, having determined that sanctions should not be imposed, the Court **DISMISSED** the Show Cause Order issued to Mark A. Di Carlo.

DONE this 13th day of January, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge